

**SOFTWARE LICENSE &
SERVICES AGREEMENT**

**SCT SOFTWARE & RESOURCE
  MANAGEMENT CORPORATION**
4 Country View Road
Malvern, Pennsylvania 19355
FAX Number (610) 758-7900
("SCT")

and

**UNIVERSITY OF NORTH FLORIDA**
4567 St.John's Bluff Road South
Jacksonville, Florida 32224-2645
 ("Licensee")

THIS AGREEMENT is made between SCT and Licensee as of the Effective Date.  The parties agree as follows:

**1. Definitions.**

"Baseline" means the general release version of a Component System as updated to the particular time in question through both SCT's warranty services and SCT's Technical Currency Program, but without any other modification whatsoever.

"Committed Services" means that quantity (if any) of services identified in the Committed Services matrix in Exhibit 1 that Licensee is committing to obtain from SCT.

"Component System" means any one of the computer software programs which is identified in Exhibit 1 as a Component System, including all copies of Source Code (if provided), Object Code and all related specifications, documentation, technical information, and all corrections, modifications, additions, improvements and enhancements to and all Intellectual Property Rights for such Component System.

"Confidential Information" means non-public information of a party to this Agreement.  Confidential Information of SCT includes the Licensed Software, all software provided with the Licensed Software, and algorithms, methods, techniques and processes revealed by the Source Code of the Licensed Software and any software provided with the Licensed Software. Confidential Information does not include information that:  (i) is or becomes known to the public without fault or breach of the Recipient; (ii) the Discloser regularly discloses to third parties without restriction on disclosure; or (iii) the Recipient obtains from a third party without restriction on disclosure and without breach of a non-disclosure obligation.

"Delivery Address" means the Licensee shipping address set forth in Exhibit 1 as the Delivery Address.

"Delivery Date" means the date on which SCT ships the Component System(s) to the Delivery Address F.O.B. Malvern, Pennsylvania.

"Discloser" means the party providing its Confidential Information to the Recipient.

"Documented Defect" means a material deviation between the Baseline Component System and its documentation, for which Documented Defect Licensee has given SCT enough information for SCT to replicate the deviation on a computer configuration which is both comparable to the Equipment and is under SCT's control.

"Effective Date" means the date identified on the signature page of this Agreement as the Effective Date.

"Equipment" means the hardware and systems software configuration identified in Exhibit 1 as the Equipment.

"Exhibit 1" means, collectively: (i) The schedule attached to this Agreement which is marked as "Exhibit 1," including all attached Software Supplements; and (ii) any schedule also marked as "Exhibit 1" (also including any attached Software Supplements) that is attached to any amendment to this Agreement.

"Intellectual Property Rights" means all patents, patent rights, patent applications, copyrights, copyright registrations, trade secrets, trademarks and service marks and Confidential Information.

"Licensed Software" means the Component Systems listed in Exhibit 1.

"Licensee Employees" means: (i) Licensee's employees with a need to know; (ii) third parties engaged by Licensee who are only viewing, querying or inputting data using the Licensed System but do not access the source code or underlying architecture of the Licensed Software; and (iii) third parties engaged by Licensee who are accessing the source code and/or underlying architecture of the Licensed software, who have a need to know, who have been pre-approved by SCT, and who, prior to obtaining access to the Licensed Software, have executed an agreement with Licensee containing confidentiality provisions substantially similar to the confidentiality provisions set forth in this Agreement, which provisions have previously been approved by SCT.

"Object Code" means computer programs assembled, compiled, or converted to magnetic or electronic binary form on software media, which are readable and usable by computer equipment.

"Recipient" means the party receiving Confidential Information of the Discloser.

"Software Supplement" means, with respect to a Component System, the addendum provided as part of Exhibit 1 that contains additional terms, conditions, limitations and/or other information pertaining to that Component System. If any terms of a Software Supplement conflicts with any other terms of this Agreement, the terms of the Software Supplement will control.

"Source Code" means computer programs written in higher-level programming languages, sometimes accompanied by English language comments and other programmer documentation.

"Technical Currency Agreement" means that certain written agreement entitled "Technical Currency Agreement" and entered into by the parties on or about the Effective Date, and pursuant to which Technical Currency Agreement SCT has agreed to provide Licensee with Improvements (as that term is defined in the Technical Currency Agreement) for the Baseline Component Systems, on the terms and conditions of and for the fees specified in the Technical Currency Agreement.

**2. Right to Grant License and Ownership.** SCT has the right to grant Licensee this license to use the Licensed Software. Except as otherwise indicated in a Software Supplement, SCT owns the Licensed Software.

**3. License.** Subject to the terms and conditions of this Agreement, SCT grants Licensee a perpetual, non-exclusive, non-transferable license to use and copy for use the Licensed Software on the Equipment within the United States of America for Licensee's own, non-commercial computing operations. The computer readable media containing Source Code and Object Code for the Licensed Software may also contain Source Code and Object Code for Component Systems for which Licensee is not granted a license for use. Licensee may not make any use of any Source Code and/or Object Code for any such Component Systems for which Licensee is not expressly obtaining a license for use under this Agreement; provided, however, that SCT shall be obligated to disable or otherwise protect from access any software programs contained on the media delivered to Licensee for which Licensee is not granted a right of use. Any rights not expressly granted in this Agreement are expressly reserved.

(a) Source Code. If Exhibit 1 to this Agreement does not otherwise provide that Licensee has a license to use Source Code for a particular Component System, then Licensee has no rights in or to the Source Code for that Component System. Only with respect to the Component Systems for which the Source Code is so licensed, Licensee has the right to compile, modify, improve and enhance the Licensed Software. Licensee will not disclose all or any part of the Source Code for the Licensed Software to any person except Licensee Employees who, before obtaining access to the Source Code, have been informed by Licensee in writing of the non-disclosure obligations imposed on both Licensee and such Licensee Employees under this Agreement.

(b) Object Code. Licensee has right to use the Licensed Software in Object Code form. Licensee also has the right to use the Licensed Software in Object Code form temporarily on another SCT-supported configuration, for disaster recovery of Licensee's computer operations.

(c) <u>Documentation.</u>  Except as otherwise provided for in the applicable Software Supplement, Licensee can make a reasonable number of copies of the documentation for each Component System for its use in accordance with the terms of this Agreement.

(d) <u>Restrictions on Use of the Licensed Software.</u> Licensee is prohibited from causing or permitting the reverse engineering, disassembly or decompilation of the Licensed Software.  Licensee is prohibited from using the Licensed Software to provide service bureau data processing services or to otherwise provide data processing services to third parties. Licensee will not allow the Licensed Software to be used by, or disclose all or any part of the Licensed Software to, any person except Licensee Employees. Without limiting the foregoing, Licensee is permitted to allow use of the input and/or output sensory displays of or from the Licensed Software by third parties on a strict "need to know" basis, and such use shall not be deemed a non-permitted disclosure of the Licensed Software.  Licensee will not allow the Licensed Software, in whole or in part, to be exported outside of the United States of America, in any manner or by any means, without in each instance obtaining SCT's prior written consent and, if required, a validated export license from the Office of Export Administration within the U.S. Department of Commerce and such other appropriate United States governmental authorities.

(e) <u>Intellectual Property Rights Notices.</u> Licensee is prohibited from removing or altering any of the Intellectual Property Rights notice(s) embedded in or that SCT otherwise provides with the Licensed Software.  Licensee must reproduce the unaltered Intellectual Property Rights notice(s) in any full or partial copies that Licensee makes of the Licensed Software.

(f) <u>Third Party Software.</u> Certain of the software programs described in Exhibit 1 are owned by third parties.  To the extent such programs are listed in the tabled titled "Licensed Software", then SCT is sublicensing those programs to Licensee pursuant to rights granted to SCT by such third party in a separate agreement and such programs are warranted by SCT hereunder in the same manner as each of the other Component Systems.  Any software program which is identified as "Third Party Software", then SCT does not have the right to sublicense such programs and SCT does not warrant such programs hereunder (any warranty would be provided, if at all, by the third party vendor under separate agreement).  For this "Third Party Software", SCT serves as a so-called "pay agent" for Licensee for the purpose of paying the third party vendor for the software at issue.  In such an event, Licensee must enter into a separate license agreement

with the vendor (or be bound by a shrinkwrap license supplied with the software program) and SCT has no other obligation or liability to Licensee after remitting Licensee's payment for such software to the applicable vendor.  Certain services may also be listed in Exhibit 1 for which SCT is merely serving as a Pay Agent in connection therewith, and shall have no other obligations in connection with these services except to remit Licensee's payment therefore to the applicable vendor.    Licensee is referred to the various software supplements, including the Pay Agent Supplements, for additional terms and conditions applicable to these arrangements.

## 4. **Available Services.**

(a) <u>Generally.</u>  SCT will provide Licensee with implementation, support, training, modification and other consulting services for the Licensed Software for the fees provided in Exhibit 1.

(b) <u>Committed Services.</u>  SCT will provide Licensee with any Committed Services specified in Exhibit 1 within the time period specified and for the fees set forth in Exhibit 1.  Licensee must provide cooperation, assistance (including the performance of tasks which are prerequisites to SCT's performance of its obligations), and all necessary personnel to enable SCT to provide all Committed Services within the time period specified in Exhibit 1.  As long as SCT were ready, willing and able to provide the Committed Services in the time period specified in Exhibit 1, then Licensee's failure to facilitate the utilization of the Committed Services within that time period will not excuse Licensee's obligation to pay SCT the total fees for the Committed Services, but will excuse SCT's obligation to provide any additional services upon the expiration of that time period.

(c) <u>Workmanlike Skills.</u>  SCT will render all services under this Agreement in a professional and workmanlike manner, consistent with the standards of performance generally accepted in the information technology industry for the performance of such services.    SCT will promptly replace any SCT personnel that are rendering services on-site at a Licensee facility if Licensee reasonably considers the personnel to be unacceptable and provides SCT with notice to that effect, provided that such replacement does not violate any law or governmental regulation applicable to such personnel replacement.

(d) <u>Conditions On Providing Services.</u>  In each instance in which SCT is providing Licensee with services, SCT and Licensee will develop a project plan that identifies each party's responsibilities for such services.  The project plan will describe in detail the

tentative schedule and the scope of services that SCT will provide. Licensee will establish the overall project direction, including assigning and managing the Licensee's project personnel team. Licensee must assign a project manager who will assume responsibility for management of the project. Licensee must ensure that the Equipment is operational, accessible and supported at the times agreed to by the parties in the project plan. While SCT is providing such services, Licensee must provide SCT with such facilities, equipment and support as are reasonably necessary for SCT to perform its obligations, including remote access to the Equipment. If the parties do not develop a project plan in any instance, SCT will nonetheless provide Licensee with services on an as-directed basis. The duration of various tasks to be performed by SCT and the allocation of resources to be provided by SCT shall be set forth in the project plan. Licensee shall use diligent, good faith efforts to cooperate with SCT to enable SCT to provide its services within the time frames targeted for performance in the project plan.

(e) Cancellation of Scheduled Services. The parties agree that once Licensee and SCT have scheduled a specific time during which SCT will provide services under the terms of this Agreement, Licensee will be obligated to pay SCT for such services as if SCT had performed such services on the date scheduled, unless Licensee has notified SCT that Licensee would like to reschedule or cancel the provision of such services at least thirty (30) days prior to the date which SCT is scheduled to perform such services. Without limiting the foregoing, nothing in this Section 4(e) will act in any way to reduce Licensee's obligation to SCT in connection with any Committed Services.

**5. Delivery.** Except as otherwise provide in Exhibit 1, SCT will deliver all Component Systems to Licensee at the Delivery Address within thirty (30) days after the Effective Date. With respect to the delivery of professional services to be provided hereunder, upon receipt of various deliverables specified in the attached Scope of Services (Attachment A), Licensee shall have the right to review and accept such deliverables, or identify Deficiencies therein which SCT would be required to resolve, in accordance with the terms and conditions set forth in Section 5.0 ("Additional Terms") of Attachment A.

**6. Payment and Taxes.**

(a) Payment. Licensee will pay SCT as provided for in Exhibit 1. For any services other than those specified in Attachment A, Licensee will also reimburse SCT for travel and living expenses that SCT incurs in providing Licensee with services under this Agreement in accordance with Section E of the "SCT Software License & Services Agreement University of North Florida Addendum" executed contemporaneously herewith (the "Addendum"). For such additional services, SCT will use reasonable efforts to limit travel and living expenses by using coach air fare, booked in advance when available, staying at hotels identified in advance by Licensee as offering Licensee's contractors a discounted rate, and sharing rental cars. Licensee will also reimburse SCT for all charges incurred in connection with accessing Equipment. Reimbursement is subject to any statutory reimbursement limitations imposed on Licensee contractors as specifed in the attached addendum. Licensee will pay each SCT invoice by no later than forty (40) days after receipt in accordance with the terms of the Addendum. Late payments shall be governed by the terms of the Addendum.

(b) Taxes. Licensee is responsible for paying all taxes (except for taxes based on SCT's net income or capital stock) relating to this Agreement, the Licensed Software, any services provided or payments made under this Agreement. Applicable tax amounts (if any) are NOT included in the fees set forth in this Agreement. If Licensee is exempt from the payment of any such taxes, Licensee must provide SCT with a valid tax exemption certificate; otherwise, absent proof of Licensee's direct payment of such tax amounts to the applicable taxing authority, SCT will invoice Licensee for and Licensee will pay to SCT all such tax amounts.

**7. Limited Warranty, Disclaimer of Warranty and Election of Remedies.**

(a) Limited Software Warranty by SCT and Remedy For Breach. For each Component System, SCT warrants to Licensee that, for a period of twelve (12) months after the Delivery Date, the Baseline Component System, as used by Licensee on the Equipment for its own, non-commercial computing operations, will operate without Documented Defects. For each Documented Defect, SCT, as soon as reasonably practicable and at its own expense, will provide Licensee with an avoidance procedure for or a correction of the Documented Defect. In the event SCT provides an avoidance procedure to resolve the Documented Defect, in no event shall such avoidance procedure materially impair Licensee's ability to operate the Licensed Software in the ordinary course of its business. If, despite its reasonable efforts, SCT is unable to provide Licensee with an avoidance procedure for or a correction of a Documented Defect, then, subject to the limitations set forth in Section 16 of this Agreement, Licensee may pursue its remedy at law to recover direct damages resulting from the breach of

this limited warranty. These remedies are exclusive and are in lieu of all other remedies, and SCT's sole obligations for breach of this limited warranty are contained in this Section 7(a).

(b) Disclaimer of Warranty. The limited warranty in Section 7(a) is made to Licensee exclusively and is in lieu of all other warranties. **SCT MAKES NO OTHER WARRANTIES WHATSOEVER, EXPRESS OR IMPLIED, WITH REGARD TO ANY SERVICES PROVIDED UNDER THIS AGREEMENT AND/OR THE LICENSED SOFTWARE, IN WHOLE OR IN PART. SCT EXPLICITLY DISCLAIMS ALL WARRANTIES OF MERCHANTABILITY AND OF FITNESS FOR A PARTICULAR PURPOSE. SCT EXPRESSLY DOES NOT WARRANT THAT THE LICENSED SOFTWARE, IN WHOLE OR IN PART, WILL BE ERROR FREE, WILL OPERATE WITHOUT INTERRUPTION OR WILL BE COMPATIBLE WITH ANY HARDWARE OR SOFTWARE OTHER THAN THE EQUIPMENT. LICENSEE WAIVES ANY CLAIM THAT THE LIMITED WARRANTY SET FORTH IN SECTION 7(a) OR THE REMEDY FOR BREACH OF SUCH LIMITED WARRANTY FAILS OF ITS ESSENTIAL PURPOSE.**

(c) Abrogation of Limited Warranty. The limited warranty in Section 7(a) will be null and void if: (i) anyone (including Licensee) other than SCT modifies the Baseline Component System; or (ii) Licensee does not implement changes that SCT provides to correct or improve the Baseline Component System. If despite any modification of the Component System, SCT can replicate the reported problem in the Baseline Component System as if the problem were a Documented Defect, then SCT will nonetheless provide Licensee with an avoidance procedure for or a correction of that reported problem for use in the Baseline Component System as though the reported problem were a Documented Defect.

(d) **FAILURE OF ESSENTIAL PURPOSE. THE PARTIES HAVE AGREED THAT THE LIMITATIONS SPECIFIED IN SECTIONS 7 AND 16 WILL SURVIVE AND APPLY EVEN IF ANY LIMITED REMEDY SPECIFIED IN THIS AGREEMENT IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE, AND REGARDLESS OF WHETHER LICENSEE HAS ACCEPTED ANY LICENSED SOFTWARE OR SERVICE UNDER THIS AGREEMENT.**

8. **Confidential Information.** Except as otherwise permitted under this Agreement, the Recipient will not knowingly disclose to any third party, or make any use of the Discloser's Confidential Information. The Recipient will use at least the same standard of care to maintain the confidentiality of the Discloser's Confidential Information that it uses to maintain the confidentiality of its own Confidential Information of equal importance. Except in connection with the Licensed Software and any software provided with the Licensed Software, the non-disclosure and non-use obligations of this Agreement will remain in full force with respect to each item of Confidential Information for a period of ten (10) years after Recipient's receipt of that item. However, Licensee's obligations to maintain both the Licensed Software and any software provided with the Licensed Software as confidential will survive in perpetuity.

9. **Indemnity by SCT.** SCT will defend, indemnify and hold Licensee harmless from and against any loss, cost and expense that Licensee incurs because of a claim that use of a Baseline Component System infringes any United States copyright of others. SCT's obligations under this indemnification are expressly conditioned on the following: (i) Licensee must promptly notify SCT of any such claim; (ii) Licensee must in writing grant SCT sole control of the defense of any such claim and of all negotiations for its settlement or compromise (if Licensee chooses to represent its own interests in any such action, Licensee may do so at its own expense, but such representation must not prejudice SCT's right to control the defense of the claim and negotiate its settlement or compromise); (iii) Licensee must cooperate with SCT to facilitate the settlement or defense of the claim; (iv) the claim must not arise from modifications or (with the express exception of the other Component Systems and third party hardware and software specified by SCT in writing as necessary for use with the Licensed Software) from the use or combination of products provided by SCT with items provided by Licensee or others. If any Component System is, or in SCT's opinion is likely to become, the subject of a United States copyright infringement claim, then SCT, at its sole option and expense, will either: (A) obtain for Licensee the right to continue using the Component System under the terms of this Agreement; (B) replace the Component System with products that are substantially equivalent in function, or modify the Component System so that it becomes non-infringing and substantially equivalent in function; or (C) refund to Licensee the portion of the license fee paid to SCT for the Component System(s) giving rise to the infringement claim, less a charge for use by Licensee based on straight line depreciation assuming a useful life of five (5) years. **THE FOREGOING IS SCT'S EXCLUSIVE OBLIGATION WITH RESPECT TO INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS.**

## 10. <u>Term and Termination.</u>

(a) <u>Right of Termination for Cause</u>. In addition to the termination rights set forth in Section H of the Addendum, a party has the right to terminate this Agreement if the other party breaches a material provision of this Agreement. Either party has the right to terminate this Agreement at any time while an event or condition giving rise to the right of termination exists. To terminate this Agreement, the party seeking termination must give the other party notice that describes the event or condition of termination in reasonable detail. From the date of its receipt of that notice, the other party will have thirty (30) days to cure the breach to the reasonable satisfaction of the party desiring termination. If the event or condition giving rise to the right of termination is not cured within that period, this Agreement will automatically be deemed terminated at the end of that period. However, notice to SCT of a suspected Documented Defect will not constitute a notice of termination of this Agreement.

(b) <u>Effect of Termination</u>. Upon termination of this Agreement by either party, Licensee will promptly return to SCT or (at SCT's request) will destroy all copies of the Licensed Software, and will certify to SCT in writing, over the signature of a duly authorized representative of Licensee, that it has done so.

(c) <u>Survival of Obligations.</u>  All obligations relating to non-use and non-disclosure of Confidential Information and indemnity will survive termination of this Agreement.

(d) <u>Termination Without Prejudice to Other Rights and Remedies.</u> Termination of this Agreement will be without prejudice to the terminating party's other rights and remedies pursuant to this Agreement.

**11. <u>Notices.</u>** All notices and other communications required or permitted under this Agreement must be in writing and will be deemed given when: Delivered personally; sent by United States registered or certified mail, return receipt requested; transmitted by facsimile confirmed by United States first class mail; or sent by overnight courier. Notices must be sent to a party at its address shown on the first page of this Agreement, or to such other place as the party may subsequently designate for its receipt of notices. Licensee must promptly send copies of any notice of material breach and/or termination of the Agreement to SCT's General Counsel at 4 Country View Road, Malvern, PA 19355, FAX number (610) 578-7457, or to such other place as SCT may subsequently designate for its receipt of notices.

**12. <u>Force Majeure.</u>** Neither party will be liable to the other for any failure or delay in performance under this Agreement due to circumstances beyond its reasonable control, including Acts of God, acts of war, accident, labor disruption, acts, omissions and defaults of third parties and official, governmental and judicial action not the fault of the party failing or delaying in performance.

**13. <u>Assignment.</u>** Neither party may assign any of its rights or obligations under this Agreement, and any attempt at such assignment will be void without the prior written consent of the other party. For purposes of this Agreement, "assignment" shall include use of the Licensed Software for benefit of any third party to a merger, acquisition and/or other consolidation by, with or of Licensee, including any new or surviving entity that results from such merger, acquisition and/or other consolidation. However, the following shall not be considered "assignments" for purposes of this Agreement: SCT's assignment of this Agreement or of any SCT rights under this Agreement to SCT's successor by merger or consolidation or to any person or entity that acquires all or substantially all of its capital stock or assets; and SCT's assignment of this Agreement to any person or entity to which SCT transfers any of its rights in the Licensed Software.

**14. <u>No Waiver</u>.** A party's failure to enforce its rights with respect to any single or continuing breach of this Agreement will not act as a waiver of the right of that party to later enforce any such rights or to enforce any other or any subsequent breach.

**15. <u>Choice of Law; Severability.</u>** This Agreement will be governed by and construed under the laws of the State of Florida, as applicable to agreements both executed and wholly performed therein, but without reference to the conflicts of laws provisions thereof. If any provision of this Agreement is illegal or unenforceable, it will be deemed stricken from the Agreement and the remaining provisions of the Agreement will remain in full force and effect.

**16. <u>LIMITATIONS OF LIABILITY.</u>**

**(a) <u>LIMITED LIABILITY OF SCT.</u> SCT'S LIABILITY IN CONNECTION WITH THE LICENSED SOFTWARE, ANY SERVICES, THIS LICENSE OR ANY OTHER MATTER RELATING TO THIS AGREEMENT WILL NOT EXCEED THE FEE THAT LICENSEE ACTUALLY PAID TO SCT (OR, IF NO DISCRETE FEE IS IDENTIFIED IN EXHIBIT 1, THE FEE REASONABLY ASCRIBED BY SCT) FOR THE COMPONENT SYSTEM OR SERVICES GIVING RISE TO THE LIABILITY.**

09/29/02

**(b)   EXCLUSION   OF   DAMAGES.** REGARDLESS WHETHER ANY REMEDY SET FORTH HEREIN FAILS OF ITS ESSENTIAL PURPOSE OR OTHERWISE, IN NO EVENT WILL SCT BE LIABLE TO LICENSEE FOR ANY SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, WHETHER BASED ON BREACH OF   CONTRACT,   TORT   (INCLUDING NEGLIGENCE), PRODUCT LIABILITY, OR OTHERWISE, AND WHETHER OR NOT SCT HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

**(c) BASIS OF THE BARGAIN. LICENSEE** ACKNOWLEDGES THAT SCT HAS SET ITS FEES AND ENTERED INTO THIS AGREEMENT IN RELIANCE UPON THE LIMITATIONS OF LIABILITY AND THE DISCLAIMERS OF WARRANTIES AND DAMAGES SET FORTH IN THIS AGREEMENT, AND THAT THE SAME FORM AN ESSENTIAL BASIS OF THE BARGAIN BETWEEN THE PARTIES.

**17. Dispute Resolution.** In the event of any dispute between the parties regarding this Agreement or the performance of either party's obligation hereunder, the parties agree to use diligent, good faith efforts to amicably resolve such dispute without the need to resort to litigation. Towards this end, the parties agree that in the event of a dispute hereunder, either party may invoke this provision in a writing which describes the nature of the dispute and the party's position in connection therewith. Following the delivery of this written notice, each party shall designate appropriate representatives to meet (either in person or by telephone or video conference) to attempt to resolve the dispute. If the parties' designated representatives are unable to resolve the dispute within 30 days from the date it was originally documented, the General Counsel of SCT shall meet in person with the General Counsel of Licensee at a mutually convenient location to attempt to resolve the parties' differences. This meeting shall be held within 15 days from the expiration of the 30-day period specified above. In the event that the parties cannot resolve the dispute through implementing the above process, or if the dispute remains unresolved for a period of 45 days from the original documentation thereof, then either party shall be free to then seek relief through other means, including through litigation.

Notwithstanding the above, either party shall be entitled to seek equitable relief in the form of an injunction at any time in its sole discretion.

**18. Right to Cancel Certain Component Systems and Related Services.** On or before February 28, 2003, Licensee shall have the right to terminate its rights of use in the following Component Systems: Banner Student, Banner Financial Aid, Banner Strategic Enrollment Management, Banner Student Self-Service, Banner Faculty and Advisor Self-Service, Campus Loan Manager, and INAS Software (collectively, these Component Systems shall be referred to as the "Cancellable Component Systems"). In the event that Licensee effectuates this termination right in the manner described below, Licensee shall be granted a credit in the amount of $283,052 which shall be applied against the license fee payment which is due on July 1, 2003 as specified in Exhibit 1. In order to effectuate this right, Licensee must notify SCT in writing, on or before 12:00 noon on February 28, 2003, that it has elected to so exercise such right. Such notification must be sent to the General Counsel of SCT at fax number 610-578-7457, with a copy to the Vice President of Sales at 610-578-7988. Licensee shall thereafter send the written notice to the same invidivuals via courier or U.S. Mail. Upon such termination hereunder, Licensee shall certify to SCT by an authorized representative that it has disabled the Cancellable Component Systems from any further use. In this regard, SCT shall have the right to access Licensee's computer system from time to time, upon reasonable advance notice, to confirm that Licensee is making no use of the Cancellable Component Systems. Following a termination hereunder, SCT shall have no further warranty or other obligations or liabilities in connection with the Cancellable Component Systems.

In the event that Licensee exercises this partial termination right, it shall also be relieved of its obligation to make payment to SCT for professional services otherwise to be provided in connection with the Cancellable Component Systems. The amount by which the professional services fees would be reduced as a result of such termination of the Cancellable Component Systems is specified under the "Committed Services" table in Exhibit 1.

In addition to the above, in the event Licensee terminates the Cancellable Component Systems in accordance with the above, Licensee shall be relieved of its obligation to make payments under the Technical Currency Agreement for Improvements for the Cancellable Component Systems, as further described in Exhibit 1 of the Technical Currency Agreement. Licensee acknowledges and agrees that it will receive no Improvements under the Technical Currency Agreement for the Cancellable Component Systems until the period in which the Licensee has a right to terminate the Cancellable Component Systems has passed without Licensee exercising its right to

terminate, as further described in Exhibit 1 of the Technical Currency Agreement.

Upon Licensee's exercise of this termination right, SCT shall have no further obligation to provide any professional services or Improvements (under the Technical Currency Agreement) in connection with the Cancellable Component Systems and shall be relieved of any and all liability or responsibility under this Agreement (including the Scope of Services attached hereto) and/or the Technical Currency Agreement with respect to the Cancellable Component Systems.

In the event that Licensee does not notify SCT of its election to terminate the licenses to use the Cancellable Component Systems, as well as the associated professional services and Improvements, by 12:00 noon on February 28, 2003, then this Agreement and the Technical Currency Agreement shall remain in full force and effect in connection with the Cancellable Component Systems and Licensee will have waived its

rights under this Section 18 as if this section never existed.

**19.   Entire Agreement.**   This Agreement, along with the SCT Software License & Services Agreement University of Florida Addendum, contains the entire understanding of the parties with respect to its subject matter, and supersedes and extinguishes all prior oral and written communications between the parties about its subject matter.  In the event that there is a conflict between the terms of this Agreement and the terms of the Addendum, the terms of the Addendum shall control.   Any purchase order or similar document which may be issued by Licensee in connection with this Agreement does not modify this Agreement.   No modification of this Agreement will be effective unless it is in writing, is signed by each party, and expressly provides that it amends this Agreement.

**THE PARTIES** have executed this Agreement through the signatures of their respective authorized representatives.

Effective Date:  September 30, 2002

SCT SOFTWARE & RESOURCE
   MANAGEMENT CORPORATION

4 Country View Road
Malvern, PA  19355

Donald Eisele

Vice President

9/30/02

Date

UNIVERSITY OF NORTH FLORIDA
acting for an on behalf of the
Board of Trustees, a public
Corporation of the State of Florida

Signature

INTERIM PRESIDENT

Title

9/30/02

Date

09/29/02



**EXHIBIT 1**

Licensee:            <u>University of North Florida</u>
Delivery Address:    <u>4567 St.John's Bluff Road South, Jacksonville, Florida 32224-2645</u>

**EQUIPMENT**:  Host(s) or client server configuration(s) and/or combinations of host(s) and client server configuration(s) within the United States of America for which SCT supports the Licensed Software.  Licensee acknowledges that certain Component Systems of the Licensed Software may require specific host or client configurations.  Licensee, as soon as reasonably practicable, shall provide a detailed written description of the Equipment so that SCT can confirm that it is a configuration on which SCT supports use of the Licensed Software.  SCT will then advise Licensee whether SCT supports or does not support use of the Licensed Software on the proposed configuration.  If SCT does not support use of the Licensed Software on the proposed configuration, Licensee must propose a new configuration until SCT does confirm that it supports use of the Licensed Software on the proposed configuration

**NOTICE:**  To use any of the Licensed Software, Licensee must also obtain, install on the Equipment and maintain SCT-supported versions of certain software products and software/hardware peripherals.  By this notice, SCT is advising Licensee that Licensee should consult with its SCT Professional Services representative to obtain a written listing of such necessary software products and software/hardware peripherals.

**LICENSED SOFTWARE**

| Component System | Source Code Licensed? | Software Suppl't | Fee |
|---|---|---|---|
| SCT Banner Student* | Yes | None | Included |
| SCT Banner Finance | Yes | None | Included |
| SCT Banner Financial Aid* | Yes | None | Included |
| SCT Banner Human Resources | Yes | None | Included |
| SCT Banner Strategic Enrollment Management* | Yes | None | Included |
| SCT Banner Student Self-Service* | Yes | None | Included |
| SCT Banner Faculty and Advisor Self-Service* | Yes | None | Included |
| SCT Banner Employee Self-Service | Yes | None | Included |
| SCT Banner Executive Self-Service | Yes | None | Included |
| e~Print Reports-Site License+ | Yes | None | Included |
| CSS Profile Interface* | No | None | Included |
| SCT Banner Workflow | Yes | None | Included |
| SCT Campus Loan Manager* | No | None | Included |
| EDI.Smart (two(2) licensed copies) | No | EDI.Smart Software Supplement | Included |
| INAS Software* | No | INAS Software Supplement | Included |
| Campus Pipeline Luminus Foundation Package | No | Campus Pipeline Luminus Software Supp't | Included |
| **TOTAL FEE:** | | | **$1,072,012** |

+ e~Print Reports requires a server using a Linux operating system.

*Cancellable Component Systems which may be terminated on or before February 28, 2003 in accordance with the terms of Section 18 of this Agreement.

09/29/02



**EXHIBIT 1**

Licensee:         University of North Florida

**THIRD PARTY SOFTWARE FOR WHICH SCT IS A PAY AGENT ONLY**

| AppWorx Software | Source Code Licensed? | Software Suppl't | Fee |
|---|---|---|---|
| Appworx Enterprise Scheduler | No | AppWorxPay Agent Supplement | 56,400 |
| **APPWORX LICENSE FEE:** | | | **$56,400** |

*Services related to the AppWorx Software must be obtained directly from AppWorx Corporation; SCT shall have no obligation in connection with any services related to the AppWorx Software.

**COMMITTED SERVICES\*:**

| Description | Service Amount | Service Period* | Fee** |
|---|---|---|---|
| IMPLEMENTATION/SUPPORT/ TRAINING: | | | |
| Professional Services ( See Scope of Work in Attachment A) | N/A | 36 months * | **$3,889,260** |
| **TOTAL** | | | **$3,889,260\*\*** |

*Committed Services will be provided within thirty-six months after the Effective Date. For the fee set forth above, SCT will provide those services described in the Scope of Services set forth in Exhibit A attached hereto. Any services which are not the responsibility of SCT under Exhibit A shall require payment of additional fees.

** Fee includes travel and living expenses in connection with implementation activities for those Component Systems for which SCT assumes responsibilities under the Scope of Services. Travel and Living expenses for implementation activities related to Campus Pipeline and for any services which are outside the Scope of Services described in Exhibit A will be invoiced to the client as incurred by SCT.

*** In the event Licensee exercises its right of termination of the Cancellable Component Systems in accordance with the terms of Section 18 of this Agreement, the total fee for Committed Services shall automatically be reduced to **$3,108,855** and SCT's obligations under the Scope of Services in Attachment A shall automatically be reduced by eliminating any obligation and deliverable related to the Cancellable Component Systems. In the event of the termination of the Cancellable Component Systems, SCT will deliver to Licensee a revised version of the Scope of Services which clarifies SCT's reduced obligations by eliminating the obligations and deliverables related to the Cancellable Component Systems.

**FIRST YEAR MAINTENANCE FEE FOR DATAMARTS: $41,550.**

**Datamart Maintenance**: As described in the attached Scope of Services, SCT will provide certain standard datamarts to Licensee as part of its implementation services. Maintenance for these standard datamarts will be provided for a period of one (1) year beginning on October 1, 2002 and ending on September 30, 2003 (the "Initial Maintenance Term"). The datamart maintenance fee due for the first contract year shall be $41,550 and shall be due in addition to the Total Committed Services fee quoted above. Maintenance will renew on a year-to-year basis at the expiration of the Initial Maintenance Term, or at the expiration of any renewal term for which Licensee has timely renewed the service and paid the fees therefore (in either event, the "Expiration Date"), unless terminated by either Licensee or SCT (at either party's sole discretion) in writing at least 90 days prior to said Expiration Date. Unless otherwise agreed to by the parties, fees for contract years beyond the Initial Maintenance Term shall increase by 10% per year over the maintenance fee due for the immediately preceding contract year. Maintenance fees for datamarts shall be due on the first day of the first month of each contract year, with the first year's annual fees due on October 1, 2002. Maintenance, in the context of datamarts, means that SCT will provide Licensee with data replication scripts, datamart schemas and baseline reports reasonably necessitated by a future general release version of a Banner Component System which is made generally available by SCT during the Initial Maintenance Term or any renewal term and for which each such datamart was created; provided that Licensee shall provide SCT with at least ninety (90) days prior written notice of the implementation of a future general release version of a Banner Component System so that SCT can develop a plan for updating the datamarts as described above. Maintenance does not include any items that are considered changes to the standard Datamart's specifications, nor does it include enhancements to the standard datamarts or structure changes. Licensee acknowledges and agrees that maintenance shall not include retrofitting (or integrating) any of the datamarts for use with any Component System to be

09/29/02



**EXHIBIT 1**

Licensee:                    University of North Florida

released by SCT other than the Banner Baseline Component System for which such Datamart was created. Datamart maintenance applies only to the standard, unmodified datamarts provided by SCT hereunder. SCT's obligation to provide datamart maintenance to Licensee is contingent upon SCT's maintenance obligations remaining in full force and effect with respect to the Baseline Component Systems for which the datamarts were created. Upon a termination or expiration of SCT's maintenance obligations in connection with any such Baseline Component System, SCT's obligations to provide datamart maintenance in connection with the related datamart shall automatically terminate as well.

Notwithstanding the above, in the event that Licensee exercises its right to terminate the Cancellable Component Systems in accordance with the terms and conditions of Section 18 of this Agreement, then the first year's Datamart Maintenance fee shall automatically be reduced to $20,700. All other terms described above shall apply as stated.

**PAYMENT:** Licensee will pay SCT the "Total License Fee" of $1,072,012, as well as the license fee for the AppWorx software, as follows: (i) for the AppWorx software, the AppWorx License Fee ($56,400) shall be due and payable by not later than forty (40) days after the Effective Date; (ii) for the Component Systems, Licensee shall pay the total License Fee as follows: 30% of these fees ($321,604) shall be due and payable by not later than forty (40) days after the Effective Date; an additional 20% of these fees ($214,403) shall be due on January 1, 2003 and shall be payable within forty (40) days thereafter; and the remaining 50% of these fees ($536,005) shall be due on July 1, 2003 and shall be payable within forty (40) days thereafter; provided, however, that if Licensee terminates the Cancellable Component Systems in accordance with the terms of Section 18 of this Agreement, then a credit of $283,052 will be applied against this final payment so that the amount due on July 1, 2003 would be $252,953. Licensee will remit payment for the Committed Services provided for in this Exhibit 1 (i.e., $3,889,260, unless Licensee exercises its right under Section 18 to terminate the Cancellable Component Systems, in which event the fee shall be $3,108,855) in twelve (12) equal and consecutive quarterly installments, with the first such installment to be paid to SCT on the first day of the month following the Effective Date. Licensee shall pay SCT for datamart maintenance in accordance with the "Datamart Maintenance" provision above. SCT will invoice Licensee for all other services and applicable charges on a monthly basis, as SCT renders the services or Licensee incurs the charges, as applicable.

**DELIVERY:** SCT will deliver each of the Baseline Component Systems identified in Table 1 by not later than thirty (30) days after the Effective Date.

**Number of Software Supplements Attached: 4**

SCT SOFTWARE & RESOURCE
MANAGEMENT CORPORATION

UNIVERSITY OF NORTH FLORIDA
acting for an on behalf of the
Board of Trustees, a public
Corporation of the State of Florida

4 Country View Road
Malvern, PA  19355

_____
Donald Eisele

Vice President

_____
Date

09/29/02

_____
Signature

INTERIM PRESIDENT
Title

9/30/02
_____
Date

University of North Florida                                    **ATTACHMENT A**

## SCOPE OF SERVICES

**[Attached]**



**EDI.SMART SOFTWARE SUPPLEMENT**

1. <u>Additional Definitions</u>.

    (a) <u>"EDI.Smart Software"</u> means the Component System consisting of the software identified below:

- Document Management Software (includes trading partner management and recipient database);

- Transaction Set Modules;

- Transaction Sets for Transcript Management, consisting of TS 130 - Transcript, TS 131 - Transcript Acknowledgment, TS 997 - Functional

Acknowledgment and TS 190 - Enrollment Verification;

together with certain other tangible and intangible components.

2. <u>Ownership</u>. Certain segments of the EDI.Smart Software are owned by third parties that have authorized SCT to grant Licensee a right of use therefor.

3. <u>Restrictions on Use of EDI.Smart Software.</u> Licensee's use of the EDI.Smart Software is subject to the following additional terms and conditions:

    (a) Each licensed copy of the EDI.Smart System will not be used on more than one (1) Windows-based personal computer.



**INAS SOFTWARE SUPPLEMENT**

1. <u>Additional Definitions</u>. The term "INAS Component System" means the Component System of the College Entrance Examination Board (the "INAS Licensor"), referred to as the Institutional Need Analysis System.

2. <u>Ownership</u>. The INAS Licensor owns the INAS Component System.

3. <u>Restrictions on Use of INAS Component System.</u> Licensee's use of the INAS Component System is subject to the following additional terms and conditions:

(a) Licensee is strictly and expressly prohibited from using the INAS Component System (or any trade secrets or know-how embodied therein and communicated to Licensee thereby or any technical data or information contained therein) in any manner or by any means whatsoever except for use in the administration of student financial aid services at Licensee's institution.

(b) The INAS Component System is, and will at all times remain, the sole and exclusive property of the INAS Licensor, and that, without limiting the generality of the foregoing, the INAS Licensor is the sole and exclusive owner of all rights therein, including (i) any copyrights and all renewals and extensions thereof, (ii) trade secrets or know-how embodied therein and communicated to Licensee thereby, and (iii) any technical data or information contained therein. The INAS Component System is confidential and Licensee will not authorize or permit its contents to be conveyed or in any manner communicated to any third party, nor will the INAS Component System itself be physically duplicated or reproduced (except for the purposes of archiving and system back-up), or used by any third party, in whole or in part, without prior written approval of the INAS Licensor.

The foregoing will survive the termination of the Agreement.

(c) Licensee acknowledges that if Licensee violates any of the provisions of this INAS Component System Supplement, SCT and/or the INAS Licensor will have the right to terminate Licensee's license of the INAS Component System and to repossess the materials furnished in connection with the license of the INAS Component System, without waiver of any other remedy, whether legal or equitable.

*(d) Upon the termination of the license of the INAS Component System for any reason or upon Licensee's discontinuance of the use of the INAS Component System for any reason, whichever will first occur, Licensee will immediately return the INAS Component System to SCT and/or the INAS Licensor at Licensee's own expense.*

(e) Licensee agrees that the INAS Licensor will not be liable for any damages, whether direct, indirect, incidental, special, or consequential, arising from the Licensee's use of the INAS Component System;

(f) Except as provided in paragraph 3(e) above, the INAS Licensor has made and is making **NO WARRANTIES OR REPRESENTATIONS WHATEVER, EXPRESS OR IMPLIED WITH RESPECT TO THE INAS COMPONENT SYSTEM, AND EXPRESSLY EXCLUDES ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS.** The INAS Licensor will have no liability whatever to Licensee or to any third party arising out of Licensee's use of the INAS Component System. The INAS Licensor will have no obligation under or as a result of the license agreement between Licensee and SCT to install, service, maintain, update or revise the INAS Component System.



**CAMPUS PIPELINE
LUMINUS SOFTWARE SUPPLEMENT**

1.   Supplemental Terms for License To Use Campus Pipeline Luminus Component System. Licensee's license to use the Campus Pipeline Luminus Component System on the terms and conditions of the Agreement is amended by this Supplement (as amended, the "Agreement") as provided for below:

2.   Additional Definitions: "Campus Pipeline Luminus Component System" means the software programs provided to SCT by Campus Pipeline, Inc. ("Campus Pipeline") for incorporation into or for use with the other Component Systems which are or have been licensed by SCT to Licensee ("Other Component Systems").

3.   Ownership. Except as provided for in the following sentence, Campus Pipeline owns the Campus Pipeline Luminus Component System. Certain segments of the Campus Pipeline Luminus Component System are owned by third parties ("Third Party Components") that permit Campus Pipeline and SCT to grant Licensee a right of use for such Third Party Components, but only as part of and/or for use with the Campus Pipeline Luminus Component System.

4.   Restrictions on Use of Campus Pipeline Luminus Component System. Licensee's use of the Campus Pipeline Luminus Component System is subject to the following additional terms and conditions:

(a)      Licensee has the right to use the Campus Pipeline Luminus Component System only in binary executable form and only as part of or for use with the Other Component Systems, locally developed systems, and other application programs implemented to support Licensee's enterprise services ("Licensee System Software").

(b)      The Campus Pipeline Luminus Component System is proprietary to Campus Pipeline and its third party licensors, and is supplied by SCT under license from Campus Pipeline. Title to the Campus Pipeline Luminus Component System will at all times remain vested in Campus Pipeline or its third party licensors, as applicable. Except for the right of use that is expressly provided to Licensee under this Supplement, no right, title or interest in or to the Campus Pipeline Luminus Component System is granted to Licensee. Without limiting the obligations of SCT in connection with the Campus Pipeline Luminus Component System, Licensee acknowledges and agrees that all Third Party Components are provided "as is" and without express or implied warranty. Licensee further acknowledges that the third party licensors of such Third Party Components assume no liability for any claim that may arise regarding such Third Party Components;

(c)      Licensee agrees that Campus Pipeline will not be liable for any damages, whether direct, indirect, incidental, special or consequential, arising from the Licensee's use of the Campus Pipeline Luminus Component System or related materials;

(d)      Licensee is prohibited from furnishing to any unaffiliated third party and from publishing any result of any benchmark tests that compare the Campus Pipeline Luminus Component System to other similar software products;

(e)      Licensee acknowledges and agrees that Campus Pipeline is a third party beneficiary of the Agreement, and that Campus Pipeline has the right to enforce any and all terms and conditions of the Agreement that relate to the Campus Pipeline Luminus Component System;

(f)      Licensee will not allow the Campus Pipeline Luminus Component System to be displayed or viewed through any sponsor-based internet application or service without the prior approval of both SCT and Campus Pipeline;

(g)      Licensee must retain Campus Pipeline's and its licensors' trademarks and logos included by Campus Pipeline on the Campus Pipeline Luminus Component System, and as applicable, on the containers, labels, compact disks, documentation and the like, and will not alter or remove them from same. If Licensee wishes to use the mark "Campus Pipeline" as part of the name for its intranet, it may do so with Campus Pipeline's prior consent, which will not be unreasonably withheld, and provided Licensee does not separate the words "Campus" and "Pipeline." Licensee may use Campus Pipeline's trademarks, service marks and/or logos in connection with Licensee's marketing of the Campus Pipeline Luminus Component System at Licensee's campus or among its alumni provided Licensee adheres to Campus Pipeline's trademark guidelines. Campus Pipeline encourages Licensee to adopt as the URL for the Campus Pipeline Luminus Component System "mypipeline.[Licensee name].edu" or to include the trademark "mypipeline" within the URL for the Campus Pipeline Luminus Component System;

(h)      Licensee may alter the content and/or page layout of the Campus Pipeline Luminus Component System screens only as expressly permitted by Campus Pipeline in its installation guide provided with the most current Campus Pipeline Luminus Component System release, or as expressly authorized in writing by Campus Pipeline. Campus Pipeline's installation guide will be

9/29/02

accessible by Licensee on a Campus Pipeline website for licensees;

(i)Once Licensee has installed the Campus Pipeline Luminus Component System and is preparing to populate such system with user data, Licensee agrees to cooperate reasonably in good faith with SCT and Campus Pipeline to promote the use of the Campus Pipeline Luminus Component System among Licensee's students, faculty, staff and, as applicable, alumni.

9/29/02



**APPWORX PAY AGENT SUPPLEMENT**

1.    Additional Definitions.    "Pay Agency Products" means those product(s) of AppWorx Corporation ("Vendor") that are identified under the heading "AppWorx Software" in the attached Exhibit 1.

2.   Pay Agent Designation. Licensee hereby designates SCT as Licensee's pay agent for data processing related purchases and acquisitions, for the sole and exclusive purpose of allowing SCT, on behalf of Licensee, to make payment to Vendor for Licensee's procurement of the Pay Agency Products under the terms and conditions of agreements (individually or collectively "Vendor Agreement") to be executed and made by and between Licensee and Vendor. Licensee covenants and agrees that it will promptly take all actions reasonably necessary to effect such designation of SCT as Licensee's pay agent as provided for in this Section 2.

3.   Pay Agency Products Procurement. SCT will, as soon as reasonably practicable, obtain for Licensee, as Licensee's pay agent, the Pay Agency Products from the Vendor, FOB Vendor's place of business. SCT will remit payments made to SCT by Licensee promptly upon customary terms for the Pay Agency Products to the Vendor on behalf of Licensee. Licensee is hereby advised that Vendor, and not SCT, assumes all responsibility for and liability in connection with the Pay Agency Products. SCT is not authorized to make any representations or warranties that are binding upon Vendor or to engage in any other acts that are binding upon Vendor, excepting specifically that SCT is authorized to represent the fees for the Pay Agency Products as the same is provided for in Exhibit 1 and to accept payment of such amounts from Licensee on behalf of Vendor. In no event will SCT be deemed to have taken title or any similar right or interest in or of any Pay Agency Products in the chain of distribution to Licensee, and title or such similar right or interest in or to the Pay Agency Products will be deemed to vest in Licensee only as otherwise provided for in the Vendor Agreement.

4.   Term of Pay Agency. SCT's status as Licensee's pay agent will expire promptly after SCT remits payment of the Pay Agency Products license fee to Vendor on behalf of Licensee.

6.   Disclaimer of Warranties. Licensee agrees and understands that **SCT MAKES NO WARRANTIES WHATSOEVER, EXPRESSED OR IMPLIED, WITH REGARD TO THE PAY AGENCY SOFTWARE. ALL WARRANTIES (IF ANY) ARE PROVIDED TO LICENSEE BY VENDOR.   SCT EXPLICITLY DISCLAIMS ALL WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.**

7. **LIMITATIONS OF LIABILITY.**

   (a)  **LIMITED LIABILITY OF SCT. EXCEPT FOR ITS OBLIGATION TO REMIT PAYMENT RECEIVED FROM LICENSEE TO THE VENDOR PURSUANT TO THIS AGREEMENT, SCT WILL HAVE NO LIABILITY WHATSOEVER IN CONNECTION WITH THE PAY AGENCY SOFTWARE.  IN NO EVENT WILL SCT BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL AND/OR OTHER DAMAGES WHATSOEVER, WHETHER BASED ON BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY, OR OTHERWISE, AND WHETHER OR NOT SCT HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.**



The University of North Florida

# ATTACHMENT A
## FIXED-PRICE SCOPE OF SERVICES AND MILESTONE ACTIVITIES

## Milestone Activities

| | |
|---|---|
| University Process Review and Project Planning | Included |
| System Configuration | Included |
| Solution Deployment | Included |
| Stabilization and Closeout Phase | Included |

\*    The responsibilities of each of the parties in connection with each of these milestones are those tasks expressly described below in this Scope of Services.

## Fixed Price for SCT Services

| | |
|---|---|
| The University of North Florida | $3,930,810 |

\*    Total cost includes travel and living expenses for services identified in this scope of services that are provided in connection with the products listed in the Introduction below, and also includes the first year's fee for datamart maintenance (See Exhibit 1 of the SCT License and Services Agreement for details regarding datamart maintenance). Travel and Living expenses for implementation of the Campus Pipeline software and for services that are outside the boundaries of this Scope of Services will be invoiced to the client as incurred by SCT. In this regard, see Exhibit 1 of the SCT License and Services Agreement for additional details.

 **sct**

The University of North Florida

# FIXED PRICE SCOPE OF SERVICES AND MILESTONE ACTIVITIES

**Section**                                                                                      **Page**

Introduction .................................................................................................... 3

1   University Process Review and Project Planning ................................................... 6

    Milestone Activity 1.1 – Process Review ............................................................ 6
    Milestone Activity 1.2 – Reporting Evaluation..................................................... 9
    Milestone Activity 1.3 – Plan Project ................................................................ 9

2   System Configuration ...................................................................................... 15

    Milestone Activity 2.1 – Develop University Strategies......................................... 15
    Milestone Activity 2.2 – Education and Training by Product .................................. 23
    Milestone Activity 2.3 – Configure, Validate, and Refine the University Solution........... 24

3   Solution Deployment (Go Live)......................................................................... 28

    Milestone Activity 3.1 – Solution Deployment to the University ............................. 28
    Milestone Activity 3.2 – Conversion ................................................................ 29
    Milestone Activity 3.3 – Produce Interfaces to Other Systems................................ 31
    Milestone Activity 3.4 – Develop Reporting Solution and Datamarts as Determined
                During the University System Configuration Build Phase.......... 32
    Milestone Activity 3.5 – Train End-Users .......................................................... 33
    Milestone Activity 3.6 – Sign-off on the University Solution................................... 35

4   Stabilization and Closeout Phase....................................................................... 36

    Milestone Activity 4.1 – Evaluate Solution in Production...................................... 36
    Milestone Activity 4.2 – Install Upgrades from SCT, if required ............................. 37
    Milestone Activity 4.3 – Evaluate Project and Closeout........................................ 37

5   Additional Terms ........................................................................................... 39



# Introduction

The following products are those for which SCT has obligations under this Scope of Services:

➢ SCT Banner Finance
➢ SCT Banner Employee Self-Service
➢ SCT Banner Human Resources
➢ SCT Banner Student
➢ SCT Banner Student Self-Service
➢ SCT Banner Faculty and Advisor Self-Service
➢ SCT Strategic Enrollment Management
➢ SCT e-Print
➢ SCT Campus Loan Manager
➢ SCT Banner Financial Aid and INAS
➢ SCT Workflow
➢ SCT Banner Executive Self-Service
➢ SCT EDI.Smart
➢ SCT Reporting Datamart Solution (4 Banner Systems, First-year maintenance included)
➢ Campus Pipeline Luminis Foundation

The following fixed price Scope of Services narrative is written to provide the University of North Florida with an understanding of the responsibilities of SCT and the University regarding the implementation process. The scope is provided as a baseline and will be updated by SCT after the University and SCT complete a project organization and planning session.

Within the Independent Fixed-Price Approach, University personnel, under the direction of the University Project Team, will support SCT in completion of the implementation stages.

## Project Management Services

### *Project Management Overview*

SCT knows that each implementation has certain unique aspects. As a result, risks are an integral component of each project and limits must be clearly defined. Proper control and management, provided by an SCT Project Manager and designated University resources, can reduce risks and minimize their effect on the project. A systematic approach is also important to the completion of project tasks and responsibilities. This is the purpose of the project management methodology utilized by SCT.

A comprehensive management process requires a structured project plan. SCT proposes an approach that uses internally developed, proven plans and tools (presented in a Project Organization and Planning Workbook) to guide and monitor the process. SCT has developed project plans for each of the enterprise solutions proposed for implementation. The plans have been incorporated into Microsoft Project and therefore, are reportable and manageable. The full time, on-site SCT Project Manager has been trained in the use of Microsoft Project and will use its capabilities in supporting the University implementation.

The SCT Project Manager's chief responsibility is to guide and monitor the SCT activities of the implementation and development efforts. The University shares the responsibility for establishing overall project direction and in so doing, will assist in identifying tasks and activities that must be performed. The University's Project Manager will support the configuration, deployment, and stabilization activities. During

 **The University of North Florida**

each phase of the project, SCT will provide on-site quality review visits in conjunction with training and consulting services to monitor and review the progress of project activities.

Deliverables:

➢ Microsoft Project Plan
➢ Staffing Plan
➢ Project Definition document
➢ Regularly Scheduled Reviews
➢ Resource Plan
➢ Project Administration

SCT Commitments:

➢ Develop a Microsoft Project Plan that will be used as the tracking vehicle for project management
➢ Develop a Project Definition document
➢ Maintain Project Plan
➢ Provide Status Reports on a regular basis
➢ Coordinate SCT resources
➢ Provide Project Administration

University Commitments:

➢ Assist in the development of the Project Organization and Planning Document – Project Definition
➢ Coordinate University resources as required
➢ Support the administrative requirements of the project
➢ Assist the management of the project

### *Engagement Management Overview*

The SCT Engagement Manager is responsible for the tactical administration of the project. The Engagement Manager will conduct Quality Review Sessions to monitor that the project is being managed according to the definition developed by SCT and the University. The Engagement Manager will support the project at the executive level and provide the Project Manager with the support he/she needs to satisfy SCT's responsibilities.

Deliverables:

➢ Quality Review Sessions
➢ Quality Reports
➢ Executive-Level Status Reports
➢ Campus Visits, as appropriate

SCT Commitments:

➢ Schedule and conduct quality review sessions with SCT and the University Project Manager and Teams
➢ Provide recommendations as necessary
➢ Meet with the University Executives as necessary
➢ Follow quality standards as developed and supported by the SCT Methodology
➢ Report in a timely manner

 

University Commitments:

➤ Support quality sessions
➤ Review recommendations as necessary
➤ Act on recommendations as necessary



The University of North Florida

## 1.0     University Process Review and Project Planning

<u>Overview and Limitations</u>

A Business Process Analysis will be conducted in order to understand and document certain aspects of the University's existing practices. As a result of this review, SCT consultants will suggest implementation strategies that utilize the features and functions of the SCT Banner Baseline Component Systems while preserving, to the extent reasonably practicable, certain of the business practices of the University. The end result will be a proposed set of policies and processing rules that will maximize both operational efficiency and utilization of the SCT Banner Baseline Component Systems in the University's business environment. It is anticipated that the University will organize a Project Team made up of Process Experts to conduct the process review with SCT functional and technical consultants. The Process Review will last approximately four to five weeks.

Every effort will be made by SCT and the University to utilize the flexible features and functionality of the SCT Banner Baseline Component Systems to implement these new processes rather than to modify the SCT Banner Baseline Component Systems. If it is determined, after consideration by the University, that a modification (also referred to as a "customization") to the Baseline Component Systems is necessary, then the SCT Project Manager will provide a cost estimate for the specification of the modification. Modification efforts are outside the scope of this implementation and will need to be contracted for separately. To be clear, the services to be provided by SCT for the fixed fee amounts specified in Exhibit 1 are only in connection with the unmodified, Baseline Component Systems. To the extent that a process or practice of the University cannot be fully met using the Banner Baseline Component Systems, then the University understands that, absent consent to the development of modifications (at additional cost), the University must adapt its practices or processes to be consistent with the features of the Baseline Component System at issue.

<u>Milestone Activity 1.1 – Process Review</u>

The Process Review – Fit/Gap Team (composed of SCT consultants and University functional experts) will conduct a series of process review sessions with appropriate University staff to define the necessary rules and process flows to configure the SCT Banner Baseline Component Systems. The scope of this Process Review is limited to the functional requirements of the stated goals of the implementation. The gaps identified that are beyond the scope of the implementation will be documented and addressed in the Post-Implementation Review Activity at the conclusion of the implementation.

***Milestone Activity 1.1.1 Baseline Component Systems Installed***

Overview:

Provide the SCT Banner Baseline Component Systems so that they can be used for demonstration purposes during the Process Review.

Deliverables:

➢ Installation of Oracle and SCT Banner Baseline Component Systems
➢ Installation Sign-off document

SCT Commitments:



The University of North Florida

➢ Provide a pre-installation checklist to the University
➢ Install a demonstration system for the SCT Banner Baseline Component Systems

University Commitments:

➢ Provide information required by pre-installation checklist
➢ Provide the facility where the SCT Banner Baseline Component Systems will be installed
➢ Provide hardware platforms and system software to operate the SCT Banner Baseline Component
Systems
➢ Provide resources as required for installation milestone activities
➢ Provide sign-off upon installation of the SCT Banner Baseline Component Systems

### *Milestone Activity 1.1.2 – Consulting/Business Practice Review*

Overview:

Review and analyze institutional practices in order to make decisions regarding the deployment of the SCT
Banner Component Systems. A clear understanding of University existing business processes must be
recorded before attempting to employ new methods of doing business.

Deliverables:

➢ Current Business Practices document for major business processes (section of the Process Review –
Fit/Gap Document)
➢ Current Business Practices document sign-off

SCT Commitments:

➢ Schedule and conduct interviews with those University offices involved in supporting the business
processes and milestone activities of the implementation (for each of the Baseline Component Systems
being implemented) in order to clarify the University's current and desired business practices
➢ Review pertinent University documentation (e.g., current status reports, past implementation milestone
activities) to determine the University's most significant requirements; map those significant
requirements of the University to requirements that can be met by the current version of the SCT Banner
Baseline Component Systems
➢ Review University's current procedure manuals and policies affecting the processing of system data
➢ List the changes desired in business processes currently not accommodated in SCT Banner Baseline
Component Systems
➢ Draft Current Business Practices document for major business processes

University Commitments:

➢ Provide ability of the University staff to coordinate interviews with the University offices, as required
➢ Provide a list of all regulations and required external interfaces and reporting
➢ Ensure a complete understanding of business requirements so that they can be examined in light of the
functionality contained in the SCT Banner Baseline Component Systems
➢ Review University current practices with SCT personnel to determine the applicability to SCT Baseline
Component Systems.
➢ Provide sign-off on Current Business Practices document within 10 days of receipt of document

                                                    The University of North Florida

### *Milestone Activity 1.1.3 – Baseline Component System Overview Training*

Overview:

Provide mutually agreed upon training to enable the University Project Teams to understand features and functions of the SCT Banner Baseline Component Systems so that Process Review Team can effectively further participate in the Process Review Activities.

Deliverables:

➤ Limited education on the Baseline Component Systems necessary to prepare the Process Review Team to determine fit
➤ Limited consulting for the benefit of the University Process Review Team

SCT Commitments:

➤ Conduct limited functional training and consulting to the Process Review Team as reasonably required to complete the Process Review Milestone Activities
➤ Identify process gaps if encountered

University Commitments:

➤ Provide a training facility that will accommodate the individuals who need training; the facility will include terminal or other access devices to SCT Banner for participants, white board/blackboard, flip chart, and audiovisual equipment, as required
➤ Attend training and consulting sessions provided by SCT
➤ Provide sign-off upon completion of training by SCT

### *Milestone Activity 1.1.4 – Processes Defined*

Overview:

Articulate the business processes required for adoption by the University in connection with the implementation of the Baseline Component Systems. Clearly identify the workflow that will be implemented during the initial implementation phase.

Deliverables:

➤ Process Review Document
➤ Identification of process to be implemented
➤ Identification of workflow to be implemented as part of the initial set up

SCT Commitments:

➤ Define, with the University, those business processes that must be implemented in conjunction with the project and identify any out-of-scope modifications required as a result
➤ Reach agreement with the University on identified business processes to be implemented
➤ Identify one workflow to be implemented as part of the initial set up
➤ Finalize the Process Review document

 **sct**

The University of North Florida

University Commitments:

➢ Provide a complete understanding of the University's business requirements so that the business requirements can be identified and articulated
➢ Review University current practices with SCT personnel to determine applicability of the particular SCT Banner Baseline Component System to current business practices
➢ Reach agreement with SCT on identified business processes to be implemented
➢ Reach agreement on the workflow to be implemented during initial set-up
➢ Provide sign-off on Process Review document

### Milestone Activity 1.2 – Reporting Evaluation

Overview:

This activity is designed to assist SCT and the University in developing the University Reporting Strategy and to determine the extent to which the University will employ Datamarts in their daily processes.

Deliverables:

➢ Develop Reporting Strategy Document
➢ Document sign-off

SCT Commitments:

➢ Review current reporting strategies and determine applicability
➢ Identify reporting options within datamart approach
➢ Document solutions

University Commitments:

➢ Provide documentation reflecting current thinking
➢ Identify needs
➢ Provide sign-off on completed document

### Milestone Activity 1.3 – Plan Project:

Overview:

The University Project Team Structure (role based) comprises several teams and work groups that have been formed to provide a structured approach to meeting the process review, configuration, go-live, and stabilization phases of the project. The Governance is composed of a Steering Committee and a Project Management Team with anticipated support from the yet to be appointed SCT Project Manager. The Project Management Team will be supported by a variety of University product experts who have responsibility for implementing the various processes defined in the project. SCT will provide executive presence through the appointment of an executive sponsor and the addition of an SCT Engagement Manager. SCT strongly believes in the value of having periodic meetings between the SCT Executive Project Sponsor and the Project's Executive Committee.



**The University of North Florida**

University Deliverables:

➢ Project Definition document
➢ Project Schedule

SCT Commitments:

➢ Assign full time SCT Project Manager for a 30-month period beginning on the Project Commencement Date (In addition to other duties specified, the SCT Project Manager will be responsible for weekly reporting on: (i) the status of the project; (ii) the percentage and actual work effort expended toward the applicable Milestone Activities during the previous week; and (iii) the remaining percentage and actual work effort required toward completing the Milestone Activities as set forth in the Project Plan.)
➢ Perform pre-project Milestone Activities
➢ Conduct the Project Organization and Planning Milestone Activity
➢ Assist the development of the Project Definition document
➢ Document updates to the Scope of Services that will include:
　– A mutually agreed upon prioritized list of regulatory requirements
　– A mutually agreed upon prioritized list of University requirements that will be included in the project
　– A mutually agreed upon prioritized list of missing functionality in the University's current systems that will be assessed in the project
　– A mutually agreed upon prioritized list of new functionality that will be developed in the project (at additional cost)
➢ Prepare a Project Plan that includes the estimated timeline and costs associated with the project
➢ Manage the Fit/Gap activity

University Commitments:

➢ Designate a University Project Director and Project Lead(s) (The roles of the University Project Director and Project Lead(s) will be articulated as part of the Project Definition document)
➢ Facilitate the Project Organization and Planning Milestone Activity with the appropriate personnel (jointly agreed to by SCT and the University)
➢ Assist SCT in developing the Project Definition document and agree to its completion by not later than fifteen (15) days of receiving the final draft; during this activity, the University staff will assist SCT in determining the effort to complete the project milestones
➢ Assist SCT to prepare a Project Plan that includes the timeline and costs associated with the project
➢ Revise the cost model as required by the Fit/Gap Analysis

***Milestone Activity 1.3.1 – Identify SCT Personnel in the Project***

Overview:

SCT personnel for this project include the SCT Engagement Manager, SCT Project Manager, Functional Consultants, and Technical Consultants. During this Milestone Activity, SCT personnel are identified and charters for roles and responsibilities are developed.

Deliverables:

➢ Project team assigned to the University



The University of North Florida

SCT Commitments:

- ➢ Identify the SCT management and support staff that will assist in the project
- ➢ Staff the project
- ➢ Write charters that identify the roles and responsibilities of the Project Team

University Commitments:

- ➢ Identify the personnel that will assist with the project
- ➢ Obtain approval for the personnel assigned (SCT on-site personnel)
- ➢ Assist in the development of the charters that identify the roles and responsibilities of the staff involved
- ➢ Sign-off on assigned Project Team

***Milestone Activity 1.3.2 – Determine Frequency of Meetings***

Overview:

Oversight of Committee Meetings, Steering Committee Meetings, and Project Manager/Director Meetings.

Deliverables:

- ➢ Document the Rules for Meetings Document as part of the Project Organization and Planning Milestone Activity.

SCT Commitments:

- ➢ Establish rules for meetings as part of the Project Organization and Planning Milestone Activity

University Commitments:

- ➢ Establish rules for meetings as part of the Project Organization and Planning Milestone Activity
- ➢ Sign-off on rules for meetings

***Milestone Activity 1.3.3 – Determine Implementation Sequencing and Timelines***

Overview:

Establish estimated timelines and project schedules for the implementation.

Deliverables:

- ➢ Detailed Project Plan indicating the sequence and module order for the implementation

SCT Commitments:

- ➢ Develop, with the University, a logical sequence for the implementation of the SCT Banner Baseline Component Systems
- ➢ Assist the development of a Project Plan using Microsoft Project that describes the implementation sequencing



**The University of North Florida**

University Commitments:

- ➢ Assist in development of the project timeline
- ➢ Review timeline and assist in the implementation of the Project Plan
- ➢ Sign-off and agree to delivered Project Plan

### *Milestone Activity 1.3.4 – Determine Implementation Support Milestone Activities*

Overview:

Areas that are addressed in this Milestone Activity include how the project will be staffed, accommodation for SCT on-site consultants, and guidelines for travel to the University site.

Deliverables:

- ➢ Staffing Plan for SCT technical and functional consultants

SCT Commitments:

- ➢ Confirm Staffing Plan
- ➢ Draft Project Administration document that describes administrative requirements for the project

University Commitments:

- ➢ Provide physical facility where the project work can occur
- ➢ Sign-off on the Staffing Plan and Project Administration document.

### *Milestone Activity 1.3.5 – Project Reporting Requirements & Methods*

Overview:

Identify requirements and methods for external reporting, internal reporting, and project status reporting.

University Deliverables:

- ➢ Develop Project Monitoring and Control Procedures as part of the Project Definition document

SCT Commitments:

- ➢ Develop the Project Monitoring and Control Procedures as part of the Project Definition Milestone Activity; this document will describe the reporting procedures and requirements for members of the Project Team

University Commitments:

- ➢ Sign-off on the Project Monitoring and Control Procedures document

---

 **sct**

The University of North Florida

---

***Milestone Activity 1.3.6 – Perform Infrastructure Review***

Overview:

A review of the University infrastructure is necessary so that the implementation takes into account the University's business operations and processes.

SCT Commitments:

➢ Assist the University in obtaining the information requested regarding its business processes in relation to the SCT Banner Baseline Component Systems

University Commitments:

➢ Provide due diligence as to how the technical infrastructure of the SCT Banner Baseline Component Systems will perform in light of the University's required business operations.
➢ Compile information regarding infrastructure strategies
➢ Review exceptions and recommendations as appropriate
➢ Provide necessary technical infrastructure and hardware required in order for SCT to functionally demonstrate that the SCT Banner Component Systems are production ready in connection with the implementation

***Milestone Activity 1.3.7 – Define Engagement***

Overview:

This milestone establishes the work to be completed in the Pre-Project Planning component of the Process Review Phase. The Pre-Project Planning component describes the way SCT and the University will complete the System Configuration, Go-Live, and Stabilize activities. As a result of the work completed during this activity, the System Configuration and Solution Deployment phases will be defined.

Deliverables:

➢ Project Readiness Document

SCT Commitments:

➢ Define, with the University, those business processes that must be implemented in connection with the implementation and identify which, if any, of these processes would require modifications (which are out of scope) to the Banner Baseline Component Systems
➢ Reach agreement with the University on identified business processes
➢ Finalize plan

***Milestone Activity 1.3.8 – Process Review and Project Planning Sign-off***

Overview:

The objective of this milestone activity is to gain sign-off for the completion of the Process Review and Project Planning activities based on each party's performance of its applicable deliverables. The official sign-off ends the SCT and University responsibilities specific to this component of the engagement.

---

 **sct**

Deliverables:

➢ Sign-off document with signatures by SCT and the University Administration upon completion of all milestone relating to the Process Review and Project Planning

SCT Commitments:

➢ Provide specified deliverables in order for the University to provide formal sign-off document for signatures that recognizes the conclusion of the Process Review and Project Planning milestone activities

University Commitments:

➢ Sign-off at Process Review and Project Planning completion



The University of North Florida

## 2.0 System Configuration

Overview:

In this phase, SCT and the University will develop the solution and test plans for the University based on the Process Review findings. Together, we will develop the documentation and training materials; provide training to the Project Team; and design, develop, and test the SCT Banner Baseline Component Systems based on the Overview Process Analysis. We will develop and execute the conversion plan utilizing conversion tools. SCT will assist the University staff and the project team in modeling, prototyping, and building tables and rules for the SCT Baseline products and the SCT value-added solutions. The System Configuration Phase for the SCT Banner Human Resources and Finance Solutions will begin on or about January 15, 2003 and be completed by approximately May 30, 2004. The SCT Banner Student and Financial Aid configuration phase will begin on or about June 1, 2003 with completion anticipated on or about August 31, 2004.

The milestones identified in this phase of the project will be finalized during the Project Planning phase of the project. Milestones may be added or deleted as determined by the outcomes of the initial planning sessions. The strategy deliverables will establish implementation directions for the deployment of the University Solution. These milestones will be completed prior to the Solution Deployment (go live) phase of the engagement. It is intended that SCT and University staff will meet to establish these strategies as the system configuration is being developed.

Milestone Activity 2.1 – Develop University Strategies

SCT and the University will review a variety of approaches to the various components of the implementation. In order to implement the SCT Banner Baseline Component Systems, certain strategies must be developed and plans to incorporate them in the project completed. SCT and the University will develop the following strategies:

2.1.1   Interface Strategy
2.1.2   Migration/Conversion Strategy
2.1.3   Customization (Modifications) Strategy
2.1.4   Workflow Strategy
2.1.5   Change Control Strategy
2.1.6   Security Strategy
2.1.7   Communication Strategy
2.1.8   Self-Service Strategy



*Milestone Activity 2.1.1 – Develop Interface Strategy*

Overview:

SCT and the University will determine how interfaces will be implemented and maintained as part of the Implementation and Post Implementation activities. Note that, to the extent that the University wishes for interfaces to be constructed, the development of any such interface is outside the parameters of this Scope of Services and would require a separate agreement/amendment between the parties and, except in connection with the development of specifications as described in Milestone 3.3 below, the payment of additional, mutually agreeable fees.

Deliverables:

➢  University Interface Strategy Document
➢  Sign-off

SCT Commitments:

➢  Provide recommendations
➢  Document, with the University, the Interface Strategy

University Commitments:

➢  Assist the strategy planning
➢  Document, with SCT, the Interface Strategy
➢  Sign-off

*Milestone Activity 2.1.1.1 – Identify Interfaces Necessary for Production*

Overview:

SCT and the University will review the need for interfaces between legacy systems and the SCT Banner Baseline Component Systems. Several interfaces have been identified during the pre-proposal period. The list of interfaces will be evaluated during the Pre-Project Planning and Fit/Gap period, and those that will continue to be required will be identified. Note that, to the extent that the University wishes for interfaces to be constructed, the development of any such interface is outside the parameters of this Scope of Services and would require a separate agreement/amendment between the parties and, except with respect to the development of specifications as described in Milestone 3.3 below, the payment of additional, mutually agreeable fees.

Deliverables:

➢  Formulate Interface Requirements Document
➢  Sign-off on Interface Requirements Document

SCT Commitments:

➢  Evaluate current interfaces and determine which will continue to be required
➢  List those requirements needed for SCT Banner and identify the additional fees that would be due SCT for the development of any interfaces.



The University of North Florida

> Identify solutions as appropriate

University Commitments:

> Provide information concerning legacy system interfaces
> Assist with the evaluation
> Sign-off on the Interface Requirements Document

### *Milestone Activity 2.1.2 – Develop Migration/Conversion Strategy*

Overview:

SCT and the University will determine how the University will migrate from legacy systems and develop the conversion strategy to accomplish the migration.

Deliverables:

> Migration Strategy
> Conversion Strategy

SCT Commitments:

> Provide migration and conversion scenarios to the University based on previous experience
> Document, with the University, the Migration/Conversion Strategy and present solution.
> Sign-off

University Commitments:

> Assist in the strategy development
> Document, with SCT, the Migration/Conversion Strategy and present solution
> Evaluate strategy documents
> Sign-off

### *Milestone Activity 2.1.3 – Develop Customization Strategy*

Overview:

SCT and the University will determine the processes to be customized or enhanced based upon the University process needs and the ability of SCT Banner to accommodate those processes. Note that, to the extent that the University wishes for customizations to be constructed, the development of any such customization is outside the parameters of this Scope of Services and would require a separate agreement/amendment between the parties and the payment of additional, mutually agreeable fees.

Deliverables:

> Customization Strategy



The University of North Florida

SCT Commitments:

➢ Provide migration and conversion scenarios to the University based on previous experience
➢ Document, with the University, the Customization Strategy and present solution
➢ Sign-off

University Commitments:

➢ Assist in the Customization Strategy Development document
➢ Document, with SCT, the Customization Strategy and present solution.
➢ Sign-off

### Milestone Activity 2.1.3.1 – Identify Customization Needs Required for Production

Overview:

SCT and the University will review the processes that require enhancement or customization. This milestone results in the development of a prioritized list of customization targets that must be completed in order to meet processing needs at go-live points in the project. Note that, to the extent that the University wishes for customizations to be constructed, the development of any such customization is outside the parameters of this Scope of Services and would require a separate agreement/amendment between the parties and the payment of additional, mutually agreeable fees.

Deliverables:

➢ Prioritized list of customizations targets
➢ Sign-off on document

SCT Commitments:

➢ Evaluate current processes as part of the Fit/Gap, and evaluate solution alternatives
➢ List, with the University, those customizations that need to be developed, if any, and document the additional fees that would be due SCT for such services.
➢ Assist in the prioritization

University Commitments:

➢ Provide information regarding processes to be evaluated
➢ List, with SCT, those customizations that need to be developed
➢ Sign-off on the list of Customizations Document

### Milestone Activity 2.1.4 – Develop University Workflow Strategy

Overview:

SCT and the University will determine how the University will strategize the implementation of the University workflows as determined during the Pre-Project Planning and Fit/Gap activity. Workflows are not necessarily acceptable for all processes. The development of the University Workflow Strategy will provide directions to how workflows will be implemented and deployed.



The University of North Florida

Deliverables:

➢ Workflow Strategy

SCT Commitments:

➢ Provide workflow overview from which the University can develop its strategy
➢ Document, with the University, the Workflow Strategy
➢ Sign-off

University Commitments:

➢ Assist with the strategy development
➢ Document, with SCT, the Workflow Strategy
➢ Sign-off

### Milestone Activity 2.1.5 – Develop Change Control Strategy

Overview:

SCT and the University will develop a strategy to manage and control change demands as we enter the implementation phase of the project. The Change Control Strategy will be developed as a part of and in concert with the development of the Project Definition document.

Deliverables:

➢ Change Control Strategy

SCT Commitments:

➢ Provide samples of Change Control Strategies previously developed by SCT
➢ Document, with the University, the Change Control Strategy and present solution
➢ Sign-off

University Commitments:

➢ Assist with the strategy development
➢ Document, with SCT, the Change Control Strategy and present solution
➢ Sign-off

### Milestone Activity 2.1.6 – Develop Security Strategy

Overview:

SCT and the University will develop a strategy for meeting the security requirements for the SCT Banner Solutions. The Security Strategy will define security protocols, security owners, tools, and the method by which new users are assigned to interact with the applications.

 **The University of North Florida**

Deliverables:

➢ Security Strategy

SCT Commitments:

➢ Provide security strategies to the University based on previous experience
➢ Document, with the University, the Security Strategy and present solution
➢ Sign-off

University Commitments:

➢ Assist with the strategy development
➢ Document, with SCT, the Security Strategy and present solution
➢ Sign-off

### *Milestone Activity 2.1.7 – Develop Communication Strategy*

Overview:

SCT recommends that the University develop a communication strategy during the implementation. Many institutions have developed communication strategies to assist in providing information to its constituencies. Thorough communication is a key to a successful implementation.

Deliverables:

➢ Communication Strategy

SCT Commitments:

➢ Provide communication strategies to the University based on previous experience
➢ Document, with the University, the Communication Strategy and present solution
➢ Sign-off

University Commitments:

➢ Assist with the strategy development
➢ Document, with SCT, the Communication Strategy and present solution
➢ Sign-off

### *Milestone Activity 2.1.8 – Develop Self-Service Strategy*

Overview:

As we develop the solutions for the University, it will become important to determine how data will be made available to the user community. The University will require a self-service strategy to ensure proper portal use and Web access.

 **sct**

Deliverables:

➢ Self-Service Strategy

SCT Commitments:

➢ Review self-service strategies based on previous experience
➢ Document, with the University, the Self-Service strategy and present solution
➢ Sign-off

University Commitments:

➢ Assist the strategy development
➢ Document, with SCT, the Self-Service Strategy and present solution
➢ Sign-off

### Milestone Activity 2.2 – Education and Training by Product

Overview:

SCT and the Project Team will provide training to the University staff involved in the project so that they receive sufficient information to be able to understand features, functions, processing rules, operating cycles, and set-up requirements of the SCT Banner Baseline Component Systems. During the Education Milestone Activity, the Project Team will work with the University to determine how the functionality in the SCT Banner Baseline Component System will be deployed. The system education is to be provided at a location to be specified by the University Project Director.

Deliverables:

➢ Establish a schedule for completion of the Education Plan
➢ Develop training material
➢ Develop documentation
➢ Deliver functional training
➢ Deliver Oracle training
➢ Deliver Product Technical training
➢ Attendance and sign-off sheets for training

SCT Commitments:

➢ Define the education requirements.
➢ Conduct the SCT Banner Baseline Component Systems training according to the developed plan
➢ Develop the training materials
➢ Develop the documentation
➢ Conduct follow-up consulting meetings to validate the University staff's knowledge of the SCT Baseline Component Systems.
➢ Provide technical training for Oracle and product areas

 **sct**                                                                    The University of North Florida

University Commitments:

➢ Identify individuals to be trained for each of the modules within the SCT Banner Baseline Component Systems
➢ Identify individuals requiring Oracle training
➢ Identify individuals requiring Product Technical training
➢ Provide training facilities that will accommodate the persons to be trained (The facility will include terminal or other access devices for participants, white board/blackboard, flip chart, and audio/visual equipment, as reasonably required)
➢ Provide a practice facility (similar to the training facility) to enable those being trained the opportunity for post-training reviews and practice
➢ Ensure release time for individuals being trained for training and practice sessions
➢ Provide Milestone Activity sign-off at conclusion of training

### Milestone Activity 2.3 – Configure, Validate, and Refine the University Solution

#### *Milestone Activity 2.3.1 – Configure*

Overview:

Configure the SCT Banner Baseline Component Systems to reflect the processing decisions reached as a result of the Process Review and Project Planning phase.

SCT will develop functional user and technical procedures for the operation of the SCT Banner Baseline Component Systems. SCT and the University personnel are jointly responsible for the production of Technical and Functional User Procedure Manuals that document the actual processes that will be implemented. User manuals will be developed from the documents completed during the SCT Banner Baseline Component Systems Education Milestone Activities. This includes a description of the primary business functions and processes to be used with the SCT Banner Baseline Component Systems.

Deliverables:

➢ Development and creation of tables and forms in the SCT Banner Baseline Component Systems
➢ Development and creation of Functional and Technical Procedure Manuals
➢ Sign-off

SCT Commitments:

➢ Assist with forms and table setup support for SCT Banner Baseline Component Systems
➢ Identify University-required business processes not accommodated by the SCT Banner Baseline Component Systems
➢ Map the University's existing, primary processes to requirements that can be met by the current version of the SCT Banner Baseline Component Systems and provide alternatives (including fees for customizations) as reasonably required
➢ Develop Technical and Functional User Procedure Manuals. The Technical Procedure Manual will include backup and archival procedures
➢ Provide support in the development of security/data access rules and requirements
➢ Review the current University policies and procedures manual and recommend alternatives as required

  **The University of North Florida**

University Commitments:

➢ Forms and table set-up support for SCT Banner Baseline Component Systems
➢ Provide current processing plans so they can be mapped to the requirements that can be met by the Banner solution
➢ Assist in completing Technical and Functional User Procedures Manuals that will be used during the End-User Training phase
➢ Sign-off on Technical and Functional User Procedure Manuals

### *Milestone Activity 2.3.2 – Install Self-Service Solution*

Overview:

SCT will install the Self-Service Solution based on the Self-Service Strategy developed during the System Configuration phase.

Deliverables:

➢ Installed self-service applications

SCT Commitments:

➢ Meet the requirements of the Self-Service Strategy previously developed
➢ Install the Self-Service Solution as required
➢ Sign-off.

University Commitments:

➢ Assist the installation of the Self-Service Strategy
➢ Validate the installation and assist the testing.
➢ Sign-off at completion

### *Milestone Activity 2.3.3 – Test University System Configuration*

Overview:

SCT and the University will validate that the University System Configuration (using the features and functions of the Baseline Component Systems or, if additional fees are paid therefore, any customizations thereto) is in material conformity with the University's predefined processing requirements in connection with the implementation. The work performed in this milestone activity includes validating that the conversion was properly performed, and that any developed interfaces are operating in material conformity with applicable technical and functional specification documents. Upon functional demonstration by SCT that the University System Configuration is production ready, the University will sign-off on the University System Configuration.

Deliverables:

➢ Formulate Test Plan document
➢ Results of Test Plan indicating that the University System Configuration is production ready for purposes of the Implementation
➢ Sign-off that the University System Configuration is production ready for purposes of the implementation

 **sct**

**The University of North Florida**

SCT Commitments:

➢ Develop the Test Plans
➢ Review outcomes of the testing for proper utilization of prototype
➢ Recommend changes where appropriate
➢ Demonstrate how, on a functional basis, the University System Configuration could be utilized in a production environment for purposes of the implemented practices and processes

University Commitments:

➢ Define the test requirements and assist in developing the Test Plan
➢ Develop the test data and scenarios to be tested
➢ Conduct the Test Plan and document result
➢ Compare results against expected outcomes.
➢ Sign-off after functional demonstration by SCT that the SCT Banner Baseline Component Systems and interfaces (if required) are production ready.

### *Milestone Activity 2.3.4 – Validate*

Overview:

The implemented business processes will be tested for accuracy and efficiency. The solutions will be applied to the practices of the University as agreed to and will be validated by the staff that has responsibility for the specific functions.

Deliverables:

➢ Expected outcomes are reviewed and recorded
➢ Tested solution based upon a variety of planned expectations

SCT Commitments:

➢ Assist in the testing and validation of the implemented practices and processes

University Commitments:

➢ Assist in the testing and validation process
➢ Sign-off on University System Configuration

### *Milestone Activity 2.3.5 – Refine*

Overview:

Business processes associated with the University System Configuration will be refined as a result of the validation milestone activities. The University System Configuration will be validated for accuracy, and adjustments to the processes will be made. The Milestone Activity during this period is one of refinement. Changes will be validated for accuracy, and final tuning of the University System Configuration will be accomplished.

 **sct**                                                                    The University of North Florida

Deliverables:

➢ Expected outcomes are reviewed and adjustments are made to University System Configuration, if necessary
➢ Tested (and tuned, if necessary) environment for the University

SCT Commitments:

➢ SCT will assist the refinement and reconfiguration of the University System Configuration for accuracy

University Commitments:

➢ Make any needed refinements to legacy systems
➢ Sign-off on refined University System Configuration

### Milestone Activity 2.3.6 – Develop Manuals

Overview:

As SCT and the University develop the solution for the University, the processes that are developed need to be recorded and ultimately articulated. SCT proposes to develop the functional and technical procedure manuals that describe the processes that are deployed.

Deliverables:

➢ Functional Procedure Manuals for finance, human resources, student and financial aid processing

SCT Commitments:

➢ Document the processes as developed
➢ Meet with the University experts to assess clarity and usefulness
➢ Provide sign-off at conclusion

University Commitments:

➢ Assist SCT in developing the Procedure Manuals
➢ Edit the manuals for accuracy
➢ Test the scripts as developed
➢ Sign-off at completion.
➢ Sign-off on refined University System Configuration.

### Milestone Activity 2.3.7 – System Configuration Sign-off

Overview:

The objective of this milestone activity is to gain sign-off for the completion of the system configuration activities based on each party's performance of its applicable deliverables. The official sign-off ends the SCT and the University responsibilities specific to this component of the engagement.

 **sct**

Deliverables:

➢ Sign-off document with signatures by SCT and the University Administration upon completion of System Configuration milestone activities.

SCT Commitments:

➢ Provide specified deliverables in order for the University to provide formal sign-off document for signatures that recognizes the conclusion of the project milestone activities

University Commitments:

➢ Sign-off at milestone completion

 **&SCT**

The University of North Florida

## 3.0     Solution Deployment (Go Live)

This phase of the project is directed at implementing the University System Configuration. In order to complete this phase, it will be imperative that it is adequately planned, staffed, and executed. In order to accomplish this, we will perform a brief deployment-planning session for the University. The SCT Project Manager and the University Project Team will accomplish the deployment. It is anticipated that there will be several go-live dates for each of the solutions. The go-live period for the Finance is targeted to occur on or about June 1, 2004. The Human Resources solution will go-live on or about January 2, 2005. The go-live period for Student and Financial Aid is targeted to occur between September 1, 2004 and August 31, 2005.

The University will provide oversight in this phase of the engagement. University staff will provide the support for completing the implementation and go live support for their campus projects.

<u>Milestone Activity 3.1 – Solution Deployment to the University</u>

***Milestone Activity 3.1.1 – Develop Plan***

Overview:

Develop the cutover and contingency plan. Test the plan for accuracy and completeness. Certify that the University System Configuration Solution is production ready for end-user processing.

Deliverables:

➢ Cut-over to Production Plan document
➢ Contingency Plan document
➢ Sign-off of Production Plan document
➢ Sign-off of Contingency Plan document
➢ Functional demonstration by SCT that the University System Configuration Solution is production ready for end-user processing

SCT Commitments:

➢ Support the development of a Contingency Plan document
➢ Assist the development of the Production Plan document
➢ Demonstrate, on a functional basis, that the University System Configuration Solution is production ready for end-user processing

University Commitments:

➢ Assist the creation of the Contingency Plan document
➢ Assist the creation production cutover plan

***Milestone Activity 3.1.2 – Install Upgrades from SCT, if required***

Overview:

SCT will provide upgrades (if necessary) during the implementation period. If any customization or interface was built onto any Baseline Component System, the upgrade will be outside of the scope of SCT's obligations hereunder. In this event, SCT will provide a quote to the University for the installation of the upgrade.

 

The University of North Florida

Deliverables:

➢ Installation plan for upgrades
➢ Installed upgrades

SCT Commitments:

➢ Provide assessment of upgrades to determine their applicability to the University
➢ Install upgrades as necessary (see limitations above is Baselines have been customized)
➢ Test upgrades and validate their adaptability to University processes

University Commitments:

➢ Evaluate upgrades with SCT
➢ Determine their applicability
➢ Assist in the testing and verification activity
➢ Sign-off upon completion

## Milestone Activity 3.2 – Conversion

This milestone is concerned primarily with the conversion of the legacy data as defined during the University System Configuration of this engagement. The University will have primary responsibility for managing and completing the conversion effort, including the actual conversion of the data. SCT will serve as consultants in this milestone.

### *Milestone Activity 3.2.1 – Conversion Plan Creation and Legacy Data Mapping*

Overview:

SCT will perform the data mapping in concert with the University technical staff. Mapping includes crosswalk information where legacy data must be converted to the University System Configuration Solution. The University staff will perform the conversion planning activity with support from SCT.

Deliverables:

➢ Data Conversion Plan
➢ Data map of legacy system to SCT Banner Baseline Component Systems
➢ Sign-off of Conversion Plan
➢ Sign-off of Data Map

SCT Commitments:

➢ Assist the development of the Data Conversion Plan
➢ Consult on SCT Banner Baseline Component Systems concepts

University Commitments:

➢ Perform and manage the initial mapping of legacy data to SCT Banner Baseline Component Systems (from supplied data maps)



> Contribute legacy details for the Conversion Plan
> Sign-off of the Data Conversion Plan and Data Map documents

### *Milestone Activity 3.2.2 – Temporary Oracle Table Population*

Overview:

The University is to write data extraction programs that pull data from the existing administrative system and populate the temporary Oracle tables used by the conversion tools. The University edits the data and tests it within the temporary tables prior to deployment to the production ready database. The University is further responsible for ensuring that the data to be converted is clean and in an appropriate format for the conversion process.

Deliverables:

> Extract programs
> Validated output

SCT Commitments:

> Assist in conversion data validation as it relates to the SCT Banner Baseline Component Systems
> Validate the database creation for proper population of the data converted and initially moved to the SCT Banner Baseline Component System

University Commitments:

> Populate the temporary tables
> Write extraction programs
> Test data extraction programs
> Validate extract output

### *Milestone Activity 3.2.3 – SCT Banner Table Population*

Overview:

SCT provides utility programs that read the edited, tested temporary tables in pre-defined conversion sequences and insert information into the appropriate University Foundation Solution database tables. SCT and the University Project Team execute these programs according to the Project Plan and convert the data.

Deliverables:

> Data validation
> Converted data into the University System Configuration Solution

SCT Commitments:

> Provide utility programs and scripts
> Assist with the validation of tables in the University System Configuration Solution.
> Assist with the insertion of information as required



**The University of North Florida**

University Commitments:

➢ Manage the data conversion
➢ Execute extract programs
➢ Conduct data verification and validation
➢ Verify data in legacy systems
➢ Sign-off on data conversion

## Milestone Activity 3.3 – Produce Interfaces to Other Systems

*Please note – SCT will develop one Milestone Activity (work order) for each of the interfaces that need to be developed and written.*

Overview:

SCT and the University will review interface needs. If interfaces are required, SCT, with the assistance of University staff, will determine the effort for each and develop functional specifications for their completion. The completion of interfaces is not included in the scope of this proposal since SCT is not aware, at this time, which systems will be implemented. The development of such interfaces will require payment of additional fees to be mutually agreed to by the parties.

SCT will develop a milestone document for each of the interfaces identified to be created.

Deliverables:

➢ Identification of Required Interfaces
➢ Milestone Activity Documentation
➢ Functional Specification
➢ Technical Specification
➢ Completed Interface Solution
➢ Sign-off on Interface Requirements and Specification document

SCT Commitments:

➢ Support the development of the Milestone Activity document
➢ Support the Development Functional Needs document
➢ Create Functional Specification document
➢ Complete SCT activities as agreed to in the specification

University Commitments:

➢ Provide information about legacy systems
➢ Sign-off on Functional Specification document
➢ Test as necessary
➢ Validate outcomes
➢ Sign-off as completed

The cost to develop interfaces will be determined as a result of the process evaluations conducted during the Process Review and Project Planning, the University System Configuration Solution Build, and Deployment activities. The number of interfaces, as well as their complexity, is not known at this time. SCT has included





**The University of North Florida**

an effort estimate to establish the interface strategy for the University. See Milestone, Strategy Development. The strategy will be employed during the evaluation process.

## Milestone Activity 3.4 – Develop Reporting Solution and Datamarts as Determined During the University System Configuration Build Phase

Overview:

SCT and the University will implement reporting datamarts as agreed to during the Process Review and the University System Configuration build activity. It is anticipated that the University will determine how the datamarts will be used and will develop their reporting solutions based upon the previously developed reporting strategy. Under this fixed price approach, SCT will provide up to 300 customization hours for local report development against the datamart. In the event that the University requires more than 300 hours in connection with the customization of datamarts, such services will be outside of the scope hereof and will require payment of additional fees.

Deliverables:

➢ Installed operational Datamart
➢ Localized upgrade
➢ Documentation that meets the installed and configured solution
➢ Sign-off on Datamart deliverables
➢ Reporting Solution

SCT Commitments:

➢ Install the SCT Baseline Datamart
➢ Customize the SCT Baseline Datamart to meet the University requirements, with 300 hours of services included within this Scope for this purpose (additional hours will require payment of additional fees).
➢ Assist the development of the Technical and Functional Operations and Process document
➢ Help the development of a Reporting Solution
➢ Validate Datamart operations in the University Foundation Solution Environment

University Commitments:

➢ Support the Baseline Installation
➢ Provide continuous information regarding needs
➢ Review documentation
➢ Assist the testing as necessary
➢ Validate outcomes
➢ Sign-off as completed

## Milestone Activity 3.5 – Train End Users

The milestone activities included in the Train End Users activity have been included to identify the specific activities related to getting the end user community trained and prepared to use the University solution.



**@sct**                                                                                          The University of North Florida

---

### *Milestone Activity 3.5.1 – Plan, Assess, and Schedule*

Overview:

Assess the training requirements of the end-user community whether daily users of the solution or casual users. Develop tailored training plan and schedule to accomplish the training requirements. SCT conducts the milestone activities with the Project Team and uses the output from the process review activity to determine those to be trained. Managers of the various business units will be required to assist the activity of this milestone

Deliverables:

➢ Assessment Plan (to ensure a broad-based approach)
➢ Training Plan that meets the calendar requirements of the milestone
➢ Training Schedule that meets the needs of the user community
➢ Functional and technical readiness review for proper use of the University solution in the planned environment

SCT Commitments:

➢ Identify areas to be trained
➢ Develop the End-User Training Plan
➢ Develop training schedule

University Commitments:

➢ Determine the end users to be trained
➢ Ensure end users have basic computer skills and can work with Windows and browser applications (Windows literate)
➢ Assist in the development of the End-User Training Plan
➢ Provide sign-off upon completion of training

### *Milestone Activity 3.5.2 – End-User Training Materials Development*

Overview:

Develop tailored training materials that will be used in the training of end users. It is intended that the University will take ownership for the development of the training materials while SCT and the University staff will jointly develop them.

Deliverables:

➢ Training Materials

SCT Commitments:

➢ Assist in the development of End-User Training Materials

---

 **SCT**                                                                      The University of North Florida

University Commitments:

➢ Assist in the development of the End-User Training Materials as required

### *Milestone Activity 3.5.3 – Train the Trainers*

Overview:

To train the University training team on the use of the developed training materials so that they will be prepared to assist in the delivery of training to the end user community

Deliverables:

➢ Plan Train-the-Trainer schedule
➢ Trainers are trained

SCT Commitments:

➢ Identify personnel that will assist the training
➢ Implement the Train-the-Trainer Plan
➢ Train the Trainers

University Commitments:

➢ Identify staff that will serve as trainers
➢ Ensure staff availability
➢ Support the Train-the-Trainer Plan
➢ Attend training activities

### Milestone Activity 3.6 – Sign-off on the University Solution

Overview:

During this milestone, SCT and the University Project Team will review the capabilities of the University Solution installed. SCT will establish formal sessions to review the processes developed. It is intended that the University staff will identify any gaps that need to be implemented.

Deliverables:

➢ Review Plan
➢ Consulting as required
➢ Sign-off document

SCT Commitments:

➢ Provide process and/or technical consulting to meet SCT's milestone requirements
➢ Provide insight into consulting needs as appropriate
➢ Manage the consulting effort

 **sct**                                                           The University of North Florida

University Commitments:

➢ Identify consulting needs as appropriate and in a timely manner
➢ Attend consulting as appropriate
➢ Provide a sign-off as consulting sessions are completed
➢ Continue to ensure that end users have basic computer skills and can work with Windows and browser applications (Windows literate)
➢ Conduct End User Training
➢ End-user re-training will be the responsibility of the University
➢ Provide sign-off upon completion of training



The University of North Florida

## 4.0     Stabilization and Closeout Phase

Overview:

This phase of the implementation has been developed to serve two purposes. First, to evaluate the implemented solutions in the production environment; and second, to closeout or end the project. Every project has a beginning and end. The Stabilization and Closeout phase represents the end. Typical efforts undertaken in this phase include addressing any documented defects, completing deferred activities, evaluating selected processes in production, completing a post-implementation review to evaluate project activities, and planning future engagements. The stabilization period for the SCT Banner Finance and Human Resources Solutions is targeted to occur between July 1, 2004 and March 31, 2005. The stabilization period for the SCT Banner Student and Financial Aid Solutions is targeted to occur between October 1, 2004 and September 30, 2005. As part of this fixed-price proposal, SCT will commit 700 hours to support the total stabilization activities for all products. Any hours beyond 700 will require payment of additional fees.

These milestone activities include both administrative and contract closures, and measure the completion of the project in terms of events and milestone activities.

Milestone Activity 4.1 – Evaluate Solution in Production

Overview:

For a period of four months following the deployment of the solution to the University community, SCT will evaluate how the solution works in production. SCT will meet with staff and monitor the processes to assess their applicability and efficiency. Where necessary, SCT will make recommendations for improvements.

Deliverables:

➢ Production Assessment Report
➢ Recommendations for improvements

SCT Commitments:

➢ Provide process assessment in production environment

University Commitments:

➢ Provide access to those business units processing the Solution and their personnel as reasonably required
➢ Have personnel demonstrate the University Solution to SCT project personnel

Milestone Activity 4.2 – Install Upgrades from SCT (if required)

Overview:

SCT will provide upgrades (if necessary) during the implementation period. However, if any customization or interface has been built upon a Baseline Component System, then the upgrade services are outside the scope of SCT's obligations under this document. In this case, SCT will provide a quote to the University for the upgrade effort.



**The University of North Florida**

Deliverables:

➢ Installation Plan for upgrades
➢ Installed upgrades

SCT Commitments:

➢ Provide assessment of upgrades to determine their applicability to each of the universities
➢ Install upgrades as necessary. (see limitations above in connection with any customized Baseline)
➢ Assist in the testing and verification activity

University Commitments:

➢ Evaluate upgrades with SCT
➢ Determine their applicability
➢ Test upgrades and validate their adaptability to University processes
➢ Sign-off upon completion

### Milestone Activity 4.3 – Evaluate Project and Closeout

The intent of this milestone is to complete the project and to establish the ongoing relationship between the University and SCT.

***Milestone Activity 4.3.1 – Post Implementation Review***

Overview:

Evaluate effectiveness of the University Solution and recommend improvements in end-user and technical procedures as necessary. Determine whether business issues included in the Project Definition document have been addressed through the implementation and whether new conditions exist. Identify the deliverables that were deferred during the implementation. Conduct a post-implementation audit and develop a Post Implementation Review document that describes processing and training milestone activities and recommendations, as necessary.

Deliverables:

➢ Project review
➢ Post-Implementation Review document

SCT Commitments:

➢ Schedule a post-implementation review to determine whether business issues that were a part of the Project Definition document have been addressed through the implementation and to determine whether new conditions exist
➢ Identify those deliverables that were deferred during the implementation
➢ Conduct a post-implementation review.
➢ Develop a Post-Implementation Review document to describe processing and training milestone activities and recommendations, as necessary

 **sct**

The University of North Florida

University Commitments:

➢ Assist in scheduling the post-implementation review
➢ Review the Post-Implementation Review document
➢ Develop an action plan based upon the findings and report the plan to SCT
➢ Provide sign-off on Post-Implementation Review document

### *Milestone Activity 4.3.2 – Continuous Improvement*

Overview:

SCT and the University Project Team meet to articulate the method by which SCT continues to provide support. The Project Team will be asked to create a University User Committee that will continue to monitor the needs of the end-user community as related to their respective business units. SCT will instruct the University staff on how they create their relationship to the SCT ActionLine and will recommend conditions under which the SCT ActionLine is utilized.

Deliverables:

➢ Establishment of the University User Committee.
➢ Review of ActionLine procedures.
➢ Identify methods by which SCT provides upgrades and releases to the SCT Banner Baseline Component Systems (under the Technical Currency Agreement) and identifies the procedure used to secure additional support.

SCT Commitments:

➢ Review ongoing methods for communicating with SCT when project is ended
➢ Recommend establishment and construct of the University User Group
➢ Achieve mutual agreement with the University Services organization on the relationship with SCT ActionLine

University Commitments:

➢ Establish University relationship process
➢ Form User Group
➢ Define charter and responsibilities for the User Group
➢ Provide sign-off when Milestone Activity has been completed.

### *Milestone Activity 4.3.3 – Closeout*

Overview:

The objective of this milestone activity is to gain sign-off for the project based on each party's performance of its applicable deliverables. The official sign-off ends the SCT and University responsibilities specific to the Project Plan.

 **The University of North Florida**

Deliverables:

➢ Sign-off document with signatures by SCT and the University Administration upon completion of all milestone activities

SCT Commitments:

➢ Provide specified deliverables in order for the University to provide formal sign-off document for signatures that recognizes the conclusion of the project milestone activities

University Commitments:

➢ Sign-off at project completion

 **sct**

The University of North Florida

## 5.0   Additional Terms

(1)   To the extent that the University has an obligation to sign-off on a particular milestone or deliverable in accordance with this Scope of Services, it must, within ten (10) business days after SCT's delivery of such deliverable or milestone or SCT's written notification that a particular item is ready for the University's review or designated task, either: (a) provide written sign-off as contemplated in the Scope of Services; or (b) describe in detail the deficiencies ("Deficiencies") in the item at issue as to why SCT has not met the responsibilities described herein in connection therewith. Such Deficiencies cannot relate to services/requests that are outside the services described in this Scope of Services. If the University identifies Deficiencies that remain to be completed, SCT will resolve the Deficiencies in a manner that meets its obligations hereunder. Upon such re-delivery, the parties will engage in the foregoing process until sign-off has occurred. Notwithstanding the above, sign-off (or acceptance) with respect to any item requiring such sign-off will be deemed to have occurred if: (a) the University does not notify SCT in writing of Deficiencies within ten (10) business days after delivery of the item or written notification that a particular item is ready for the University's review or designated task, or (b) SCT has been unable to perform its obligations in connection with the deliverable or item at issue due to the failure of the University to: (i) provide responses promptly to SCT inquiries, or (ii) fulfil its responsibilities as set forth in this Scope or Services, as updated, or the project plan.

(2)   The University and SCT agree to exert diligent efforts to abide by the activity timelines for tasks to be performed by SCT and the University hereunder. If in the event the University cannot meet its project obligations or otherwise fails to provide the necessary cooperation or assistance required by SCT and such failure, in either case, causes SCT to be unable to meet its obligations pursuant to this Scope of Services (as updated) and the project plan, SCT and the University will jointly develop a corrective action plan to either address the issues causing the delay or to mutually agree to revise the affected project plan timelines. Additional services required as a result of these revisions may result in additional charges to the University if SCT is required to expend additional effort as a result of the University's failing. In addition, the University understands that there are many factors that are outside of SCT's reasonable control that could delay the completion of services within the Timeline. The factors include (i) the failure of parties other than SCT (including the University and/or third parties) to undertake actions (including providing reasonable cooperation and assistance) that are necessary prerequisites to SCT's performance requirements as set forth in this Exhibit A; (ii) defects and/or deficiencies in third party products, material and/or services not provided by SCT; or (iii) other variables outside of SCT's reasonable control. In the event of a delay caused by such factors, the Project Schedule shall be adjusted accordingly; the University will work in good faith to minimize the obstacles causing the delay. If the delay is caused by the University, then the terms of the first portion of this paragraph above shall apply.

(3)   To the extent that SCT is to provide any services to the University which are not included within the fixed fee parameters of this Scope of Services, the parties shall execute a Work Order or Amendment in each instance to document the fees and terms associated with such services.

## SCT SOFTWARE LICENSE & SERVICES AGREEMENT
## UNIVERSITY OF NORTH FLORIDA ADDENDUM

This Addendum is a part of the attached Contract between University of North Florida, acting for and on behalf of the University of North Florida Board of Trustees, a public corporation of the State of Florida, referred to as the "University ," and SCT Software & Resource Management Corp., referred to as "Vendor." This addendum relates to Vendor providing contractual services as described in attached Software License & Services Agreement (the "Contract").

The Parties to the attached Contract and Addendum, in consideration of the mutual covenants and stipulations set in Contract and Addendum, agree as follows:

A.   The Vendor is an independent contractor pursuant to Florida law. The Vendor assumes responsibility for provision of the services, as provided in attached Contract:

B.   Pursuant to Section 215.422(3)(b), Florida Statutes, the University shall mail the Vendors' payment within 40 days after receipt of an invoice that clearly identifies the services and expenses for which compensation is sought and receipt of the services provided in accordance with the terms and conditions of the purchase order/contract. Failure to mail the warrant within 40 days shall result in the agency paying interest at a rate specified in Section 55.03 F.S. The interest penalty shall be mailed within 15 days after mailing the warrant. A "Vendor Ombudsman" has been established with the Florida Department of Banking and Finance. The duties of this individual include acting as an advocate for vendors who may experiencing problems in obtaining timely payment(s) from a state agency. The Vendor Ombudsman may be contacted at(850) 488-2924, or by calling the State Comptroller's Hot Line at 800-848-3792.

C.   The Vendor agrees that bills and invoices for fees or other compensation for services or expenses shall cite the Contract and shall be submitted to the Contract Manager in detail sufficient for a proper preaudit and postaudit. Each bill or invoice must clearly identify the services, and expenses for which compensation is sought. Payment for services will be tendered only for services or the portion of services completed prior to the submission of the bill or invoice, or for expenses incurred prior to such submission.

D.   The performance of the University of any of its obligations under this Contract shall be subject to and contingent upon the availability of funds appropriated by the Legislature or otherwise lawfully expendable for the purpose of this Contract for the current and future periods. The University shall give notice to Vendor of the non-availability of such funds when University has knowledge. Upon receipt of such notice by Vendor, Vendor shall be entitled to payment only for those services performed and expenses, if any, reasonably incurred by Vendor prior to

the date notice is received.  In connection with the foregoing, the University believes that sufficient funds can be obtained to pay all amounts due Vendor under this Agreement and hereby agrees that it will do all things lawfully within its power to obtain, maintain and properly request and pursue funds from which payments hereunder may be made, including making provisions for such payments to the extent necessary in each budget submitted for the purpose of obtaining funding, using its best efforts to have such portion of the budget approved.  It is the University 's intent to make all payments due under the Contract if funds are legally available therefore.  In the event sufficient funds are not appropriated and budgeted in any fiscal period for payments due for services under this Agreement, then the University  will immediately notify Vendor of such occurrence and Vendor may notify the University  that this Agreement will expire effective on the last day of the fiscal period for which appropriations were received.  Notwithstanding the foregoing, the University  agrees that the provisions of this Section D will not apply if any funds are appropriated to it, or by it, for the acquisition, retention or operation of software or other services similar to which are being provided by Vendor hereunder.   The University represents and warrants that sufficient funds have been legally approved and appropriated and encumbered to pay the "Total License Fee" within the timeframes set forth on Exhibit 1 of the Contract.  Notwithstanding anything in this Addendum or the Contract to the contrary, the University  agrees it will not terminate the Contract for insufficient funding pursuant to this Section D unless and until Licensee has first fully paid Vendor the entire "Total License Fee" set forth on Exhibit 1 of the Contract in the amount of $1,157,812 (which amount includes the AppWorx license fee) .  Payment of the Total License Fee, as a condition precedent to the University 's termination for insufficient funding, is in addition to any payments due SCT pursuant to this Section D for services performed by SCT and expenses incurred, if any, through the date of termination for insufficient funding.

E.     If this Contract includes reimbursement for travel expenses, such reimbursement must comply with Sections 287.058(1)(b) and 112.061, Florida Statutes.

F.     Each party assumes any and all risk of bodily injury, death and tangible property damage attributable to the negligent acts or omissions of that party and its own officers, employees and agents.  Vendor also assumes such risk with respect to the willful or negligent acts or omissions of persons subcontracting with Vendor or otherwise acting or engaged to act at the instance of Vendor in furtherance of Vendor fulfilling Vendor's obligations under this Contract.

G.     The Vendor shall allow public access to all documents, papers, letters or other material subject to the provisions of Chapter 119, Florida Statutes, and made or received by the Vendor in conjunction with this Contract.  Refusal by the Vendor to allow such public access shall be grounds for cancellation of this Contract by the University .  Notwithstanding the foregoing, Vendor shall be entitled to seek a protective order or ruling against disclosure prior to the disclosure or publication

of certain proprietary or confidential information as permitted by the laws of the
United States or the State of Florida.

H.   This Contract shall be subject to cancellation by the University upon 30 days
     written notice to Vendor. A termination penalty may not be charged to the
     University . In the event of such termination for convenience, Vendor will cease
     work promptly upon receipt of such notice of termination for convenience.   If
     the Contract is so terminated, as a condition precedent to the effectiveness of such
     termination for convenience, the University must first pay to Vendor only:  (i) the
     Total License Fee in the amount of $1,157,812 (which amount includes the
     AppWorx license fee); (ii) all fees for Services rendered and expenses incurred by
     SCT through the date of such termination for convenience; and (iii) in connection
     with the datamart services provided to the University, the remaining unpaid fee
     due for the software portion of the datamart fees (where the software portion of
     the datamart fees equals $161,000 and Licensee would be paying $1/12^{th}$ of this fee
     upon payment in full of each quarterly payment for the Fixed Fee Services).  In
     order to determine the amounts due for Services rendered through the date of
     termination, the University shall pay Vendor for the percentage of the total work
     effort provided through the date of termination by dividing the number of months
     of services provided through the date of termination by the total number of
     months over which the services were to be provided under the project plan. All
     such fees shall be paid to SCT within forty (40) days following a termination
     under this provision. Notwithstanding anything in this Addendum to the contrary,
     Vendor shall not waive and shall be entitled to seek any remedy available to it at
     law and in equity, including, without limitation, any claims and remedies relating
     to wrongful termination by the University .

     The University acknowledges and agrees that SCT may provide services in
     advance of providing the University with theinvoice for such services.
     Therefore, a termination of this Contract for convenience or insufficient funding
     by the University (pursuant to this Section H and/or Section D, as applicable)
     prior to receipt of the applicable invoice from SCT shall not reduce or alter the
     University 's obligation to pay SCT for all services rendered and expenses, if any,
     incurred by SCT prior to the date of such termination for convenience or
     insufficient funding and prior to Vendor's receipt of a quarterly status report.

I.   Any renewals, amendments, alterations or modifications to the Contract must be
     signed or initialed and approved by the signatories of this Contract or other duly
     authorized representatives of the Vendor and the University .

J.   The validity, construction and effect of the Contract shall be governed by the law
     of the State of Florida. The University , as an agency of the State of Florida, is
     entitled to the benefits of sovereign immunity coextensive therewith, including
     immunities from taxation. In the event either party is required to obtain from any
     governmental authority any permit, license or authorization as a prerequisite to
     perform its obligations, the cost shall be borne by the party required to obtain

such permit, license or authorization.

K.  In accordance with Section 112.3185, Florida Statutes, the Vendor certifies that to the best of its knowledge and belief, no individual employed by him or subcontracted by it has an immediate relation to any employee of the University who was directly or indirectly involved in the procurement of said services. Violation of this section by Vendor shall be grounds for cancellation of this Contract by the University .

L.  Subject to the provisions and limitations of Section 9 ("Indemnity by SCT") and Section 16 ("Limitations of Liability") of the Contract, Vendor agrees to indemnify and hold free and harmless, and defend the State of Florida, the University of North Florida Board of Trustees, University of North Florida and their officers, employees and agents, from and against any and all actions, claims, liabilities, assertions of liability, losses, costs and expenses, which in any manner directly or indirectly may arise or be alleged to have arisen, or resulted or alleged to have resulted from the activities of every kind and nature of Vendor or its officers, employees, agents and contractors, in connection with this Contract.

M.  Except for the limited assignment rights set forth in Section 13 ("Assignment") of the Contract, Vendor may not, without the advance written approval of University , assign any right or delegate any duties under this contract, nor may it transfer, pledge, surrender or otherwise encumber or dispose of its interest in any portion of this Contract.

N.  Each term and condition of this Contract is material and any breach or default by Vendor in the performance of each such term and condition shall be a material breach of the entire Contract for which University  shall have the right to terminate this Contract pursuant to of Section 10 ("Term and Termination") of the Contract upon notice to Vendor and without termination penalty to University . Notwithstanding the foregoing and anything else in this Addendum, upon termination of this Contract, Vendor shall not be deemed to have waived, and subject to the limitations otherwise provided for in the Contract, shall be entitled to seek, any remedy available to Vendor at law and in equity, including, without limitation, any claims and remedies relating to wrongful termination by the University .

O.  It is understood and agreed that nothing contained is intended, or should be construed, as creating or establishing the relationship of partners between the parties, or as constituting Vendor as the agent or representative of University  for any purpose in any manner whatsoever.  Vendor is not authorized to bind University  to any contracts or other obligations.  Vendor shall not expressly or impliedly represent to any party that Vendor and University  are partners or that Vendor is the agent or representative of University  or of the Board of Trustees for any purpose or in any manner whatsoever.

P.   No failure to exercise or delay in exercising any right, power or remedy accruing to University for any breach or default of Vendor under the Contract shall impair any such right, power or remedy of University , or be construed as a waiver by University of any such breach or default thereafter or of any similar breach or default occurring; nor shall any waiver of any single breach or default be construed as a waiver of any other breach or default thereafter occurring.

Q.    This Addendum and the Contract embody the entire agreement of the parties regarding the subject matter thereof, and there are not other representations, promises, agreements, conditions or understandings, either oral or written, between University and Vendor other than are set forth. No subsequent alterations, amendment, change or addition to this Contract shall be binding upon either University or Vendor unless reduced to writing and signed by them and by direct reference made a part hereof.

R.   This agreement is subject to the provisions of the Rules for the Administration of Purchasing Program, Chapter 6C-18, Florida Administrative Code, 6C-18.050 (6) effective January 13, 1999, regarding Public Entity Crimes. A person or affiliate who has been placed on the convicted vendor list maintained by the State of Florida, Department of Management Services following a conviction for a public entity crime may not submit a bid on a contract, may not be awarded or perform work as a consultant, supplier, or subcontractor, and may not conduct business with a state agency for a period of thirty six months from the date of being placed on the convicted vendor list. Violation of this section shall result in termination of this Contract.

S.   The University shall consider the employment by the Vendor of unauthorized aliens a violation of section 274(e) of the Immigration and Nationalization Act. Such violation shall be cause for unilateral cancellation of this Contract.

T.   Vendor agrees to abide by the University rules, including the University Sexual Harassment Policy. A copy of the Sexual Harassment Policy is available at the University General Counsel's Office by calling 904-620-2828.

IN WITNESS WHEREOF, the parties have caused this Contract to be executed.

SCT SOFTWARE & RESOURCE
 MANAGEMENT CORPORATION

UNIVERSITY OF NORTH FLORIDA
acting for an on behalf of the
Board of Trustees, a public
Corporation of the State of Florida

4 Country View Road
Malvern, PA  19355

_____
       Donald Eisele

_____
             Signature

        Vice President

$\overline{\text{Title}}$

_INTERIM PRESIDENT_

$\overline{\text{Title}}$

_9/30/02_

_____
Date

_9/30/02_

_____
Date