DocuSign Envelope ID: 97CB2F2A-F299-4783-AB4C-945138D7D4B2

# SERVICES WORK ORDER

This Services Work Order (the "Work Order") amends the Software License and Services Agreement having an Effective Date of March 31, 1995, as thereafter amended (the "Agreement") between Ellucian Company L.P. (successor by assignment to SunGard Higher Education Inc. and hereinafter referred to as "Service Provider") and University of South Florida ("Licensee"). This Work Order is deemed made and effective as of the date that it has been signed by both parties ("Execution Date"). Each term defined in the Agreement will have the meaning given to that term in the Agreement whenever used in this Work Order.

### Services, Generally

Service Provider will provide Licensee with the additional time and materials services identified in the table set forth below, during the period specified in the table. For the avoidance of doubt, this is not a "fixed fee" or "not to exceed" arrangement, but rather a time and materials engagement in which Licensee will pay Service Provider at the hourly rate provided for in the table:

**SERVICES TABLE:**

| Description | Service Amount | Rate [1] | Fee [2] |
|---|---|---|---|
| Banner Degree Works Consulting – Travel Status Services | 74 person-hours | $265 per person-hour | $19,610 |
| Banner Degree Works Consulting- Remote Services | 9 person-hours | $220 per person-hour | $1,980 |
| **TOTAL SERVICES FEE:** | | | $21,590 |

**Notes to Services Table [1, 2]:**

[1] The services will be delivered using a combination of Travel Status Services and Remote Service Rates. The "Travel Status Services" rate for services performed will be $265 per person-hour and includes travel and living expenses. The "Remote Services" rate will be $220 per person-hour. The rates specified herein remain in force for a period of one (1) year after the Execution Date. Requests for any additional services beyond the one (1) year period will need to be negotiated under separate Work Order and signed by both parties. The Remote Services rate will apply in all instances except when the Service Provider personnel are deemed to be on "Travel Status Services." The Service Provider personnel will be deemed to be on "Travel Status Services," and accordingly, will be billed at the applicable Travel Status Services Rate, in any instance in which the Service Provider personnel in question are rendering Services to Licensee at a location other than the primary place of work for reporting purposes. The Service Provider personnel rendering Travel Status Services will bill for travel time, preparation time and follow-up time at the Travel Status Services rate. Notwithstanding anything to the contrary otherwise contained in the Agreement, Licensee will not additionally have to reimburse Service Provider for travel and living expenses incurred by Service Provider personnel when such personnel are providing services at the Travel Status Services rate.

[2] The number of hours specified in the table is a good faith estimate based on the information available to Service Provider at the time of execution of this Work Order. The total amount that Licensee will pay for these services will vary based on the actual number of hours of services required to complete the services and the method of delivery (i.e., Travel Status Services or Remote Services) which will determine the rate that is applicable during that year in which the services are rendered. Licensee is advised that, without limitation, Service Provider personnel rendering services bill for travel time, preparation time, and follow-up time.

### Projected Schedule

The estimated start date for the services provided above is November 24, 2014 ("Planned Start Date") and the estimated end date for such services is November 23, 2015 ("Planned End Date"). The designation of a Planned Start Date and a Planned End Date is not a representation by Service Provider that particular services will begin or be completed on such dates, but are merely estimates provided for preliminary scheduling and planning purposes. Service Provider's obligation to provide services as of any particular date is subject to the then-current availability of appropriate Service Provider resources to provide such services.

Institution: University of South Florida  
Administrator: CS  
Counsel: n/a

Page 1 of **2**  
*Unless noted differently in this contract, pricing is valid for 30 days.*

11242014-S0077-116230

Email signed contract to: clientsalesorders@ellucian.com  or  Fax signed contract to: 703-968-4564

**Service Provider Performance Dependencies**
Without limitation, Licensee will provide:

- *Project leader* – Licensee will provide a primary contact that will work directly with the Service Provider manager to assist and coordinate activities related to this engagement, such as meetings, interviews, and acceptance of deliverables.
- *Access to appropriate staff* – Licensee will provide access to key individuals or groups for information-gathering purposes and interviews in relation to the performance of Service Provider's services.
- *Access to information* – Licensee will provide access (where available) to procedures documents, published strategy and tactical documents, process requirement documents, etc. for information-gathering purposes in relation to the performance of Service Provider's services.
- *Access to institution environment* – Licensee will provide access to the administrative systems

**and Payment Terms**
Invoices will be submitted on a monthly basis in arrears. Licensee will be invoiced for person-hours actually rendered and reimbursable expenses incurred by Service Provider during the applicable monthly period. Invoices are payable as otherwise provided for in the Agreement, and late payments are subject to late charges as otherwise provided for in the Agreement.

Once Licensee and Service Provider have scheduled a specific date during which Service Provider will provide services under this Work Order, Licensee will be obligated to pay Service Provider for such scheduled services, unless Licensee notifies Service Provider at least thirty (30) days prior to the date which Service Provider is scheduled to perform such services that Licensee would like to reschedule or cancel the provision of such services. Requests for any additional services beyond those set forth herein will be provided at Service Provider's then-current rates under separate written amendment that is signed by both parties.

**Integration Provision**

Except as expressly modified by this Work Order, the Agreement remains unchanged and in full force and effect. As of the Execution Date, the Agreement, as further amended by this Work Order, constitutes the entire understanding of the parties as and cannot be modified except by written agreement of the parties. By the execution of this Work Order, each party represents and warrants that it is bound by the signature of its respective signatory.

Confirmed:
Service Provider — DocuSigned by: Joan Haynes — C9EBE03229324DF...
BY: _____

PRINT NAME: Joan Haynes

PRINT TITLE: Director of Contracts Administration

DATE SIGNED: 1/12/2015

Licensee
BY: _____ (Digitally signed by Michael J. Abernethy, DN: cn=Michael J. Abernethy, o=University of South Florida, ou=Purchasing Services, email=abernethy@usf.edu, c=US, Date: 2015.01.02 14:44:08 -05'00')

PRINT NAME: Michael J. Abernethy

PRINT TITLE: Director, Purchasing Services

DATE SIGNED: 01/02/2015

Licensee
Billing Contact Information

Name: University of South Florida
      Accounts Payable       ALN147

Address: 4202 E. Fowler

City, State, Zip: Tampa, FL  33620-0900

APPROVED AS TO FORM AND LEGAL SUFFICIENCY
Joel Londrigan
ATTORNEY - USF

Institution: University of South Florida
Administrator: CS
Counsel: n/a

Page 2 of **2**
*Unless noted differently in this contract, pricing is valid for 30 days.*

11242014-S0077-116230

Email signed contract to: clientsalesorders@ellucian.com  or  Fax signed contract to: 703-968-4564



## Certificate of Completion

Envelope Number: 074AB1B90BD0496780E8C2DC097797FA  
Subject: On Behalf of Steve Hanner- University of South Florida-WO-SIGNATURE REQUESTED  
Source Envelope:  

| | | |
|---|---|---|
| Document Pages: 2 | Signatures: 2 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 0 | Cody Scott |
| AutoNav: Enabled | | 4375 Fair Lakes Court |
| EnvelopeId Stamping: Enabled | | Fairfax, VA  22033 |
| | | cody.scott@ellucian.com |
| | | IP Address: 149.24.44.60 |

Status: Sent

## Record Tracking

Status: Original  
    11/24/2014 4:20:03 PM ET

Holder: Cody Scott  
    cody.scott@ellucian.com

Location: DocuSign

## Signer Events | Signature | Timestamp

**Lydia Turberville**  
lydia.turberville@ellucian.com  
Contract Administrator  
Ellucian Company Inc.  
Security Level: Email, Account Authentication (None)

**Completed**

Using IP Address: 149.24.72.21

Sent: 11/24/2014 4:24:33 PM ET  
Viewed: 11/24/2014 4:37:30 PM ET  
Signed: 11/24/2014 4:37:55 PM ET

Electronic Record and Signature Disclosure:  
    Not Offered  
    ID:

**Carrie Garcia**  
cagarcia@usf.edu  
Security Level: Email, Account Authentication (None)

Sent: 11/24/2014 4:37:57 PM ET  
Viewed: 12/3/2014 7:42:04 AM ET

Electronic Record and Signature Disclosure:  
    Accepted: 12/3/2014 7:42:04 AM ET  
    ID: 83f7bb69-d330-4b22-9a54-ae0b3969037e

**Joan Haynes**  
joan.haynes@ellucian.com  
Security Level: Email, Account Authentication (None)

Electronic Record and Signature Disclosure:  
    Not Offered  
    ID:

## In Person Signer Events | Signature | Timestamp

## Editor Delivery Events | Status | Timestamp

## Agent Delivery Events | Status | Timestamp

## Intermediary Delivery Events | Status | Timestamp

## Certified Delivery Events | Status | Timestamp

## Carbon Copy Events | Status | Timestamp

**Steve Hanner**  
steve.hanner@ellucian.com  
Security Level: Email, Account Authentication (None)

**COPIED**

Sent: 11/24/2014 4:24:33 PM ET

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Electronic Record and Signature Disclosure:<br>    Accepted: 10/13/2014 11:02:41 AM ET<br>    ID: 599036f9-bf80-4936-a2dd-837a50be0d3a | | |
| Project Accounting<br>projectaccounting@ellucian.com<br>Security Level: Email, Account Authentication (None) | | |
| Electronic Record and Signature Disclosure:<br>    Not Offered<br>    ID: | | |
| Client Sales Orders<br>Clientsalesorders@ellucian.com<br>Security Level: Email, Account Authentication (None) | | |
| Electronic Record and Signature Disclosure:<br>    Not Offered<br>    ID: | | |

| Notary Events | | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/24/2014 4:37:57 PM ET |

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 5/22/2014 1:47:21 PM
Parties agreed to: Carrie Garcia , Steve Hanner

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Ellucian (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

electronically from us.
**How to contact Ellucian:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: karen.hodson@ellucian.com

**To advise Ellucian of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at karen.hodson@ellucian.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.
**To request paper copies from Ellucian**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to karen.hodson@ellucian.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.
**To withdraw your consent with Ellucian**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:
> i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to karen.hodson@ellucian.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
|---|---|
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.
**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.
By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Ellucian as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Ellucian during the course of my relationship with you.