UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA DEBOSE,
    Plaintiff,

                                    Case No. 8:18-cv-00473-EAK-AAS

v.

ELLUCIAN COMPANY, L.P.,
and ANDREA DIAMOND,
    Defendants.

_____

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RECORD
IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND**

Plaintiff moves the Court for leave to file a supplemental record in support of her Motion to Amend. Specifically, Plaintiff seeks to include the attached Notice of Electronic Filing which shows that her Motion to Amend was filed timely on June 24, 2018 and emailed to the Defendant's representatives. Plaintiff has conferred with Defendant regarding this motion. The Defendant did not express one way or another whether it opposes the Plaintiff supplementing her Motion to Amend with the record filed with this material.

The Facts

Defendant counsel has asserted that Plaintiff filed her Motion to Amend a day late on June 25, 2018. The Notice of Electronic Filing (**Exhibit A**) shows the date that Plaintiff filed her Motion to Amend. The motion was filed timely on June 24, 2018.

Authority

Federal Rule of Civil Procedure 15 permits supplemental pleading on motion and reasonable notice. Specifically, Rule 15(d) is intended to give the court broad discretion in

1

allowing a supplemental pleading.  Furthermore, the Court has broad discretion to permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event.

Conclusion

WHEREFORE, Plaintiff asks the Court to grant her motion to supplement the motion to amend with the attached official court record.

RESPECTFULLY submitted this **9th** day of July, 2018,

/s/ *Angela DeBose*
Angela DeBose, Plaintiff
1107 W. Kirby Street
Tampa, FL 33604
(813) 932-6959
awdebose@aol.com

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 3.01(g), Plaintiff has conferred with opposing counsel who has stated that she opposes the amendment.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to opposing counsel.

Respectfully submitted,

_/s/ *Angela DeBose*_____
Angela DeBose, Plaintiff

1107 W. Kirby Street
Tampa, FL 33604
(813) 932-6959
awdebose@aol.com

2

# EXHIBIT A

Complaints and Other Initiating Documents

<u>8:18-cv-00473-EAK-AAS DeBose v. Ellucian, L.P. et al</u>

TRLSET

# U.S. District Court

# Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 6/25/2018 at 12:00 AM EDT and filed on 6/24/2018

**Case Name:**     DeBose v. Ellucian, L.P. et al
**Case Number:**    <u>8:18-cv-00473-EAK-AAS</u>
**Filer:**     Angela W. DeBose
**Document Number:** <u>25</u>

**Docket Text:**
**AMENDED COMPLAINT against All Defendants with Jury Demand. filed by Angela W. DeBose. (Attachments: # (1) Exhibit Exhibit A - Ellucian Contract with USFBOT, # (2) Exhibit Exhibit B - Ellucian-Diamond Consulting Agreement with USFBOT)(DeBose, Angela)**

## 8:18-cv-00473-EAK-AAS Notice has been electronically mailed to:

Angela W. DeBose     awdebose@aol.com

Kimberly J. Doud     kdoud@littler.com, evega@littler.com, mfilmore@littler.com, ssarber@littler.com, vking@littler.com

## 8:18-cv-00473-EAK-AAS Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=6/25/2018] [FileNumber=17308518-0] [3cbe34facc459b3937f65d1ba6a5aca9ba74efacf6f5b9a6987d77276db30dbf18 7eb3a774e01e364a7a39ab34547cf843d688564393b91e8b67bf457a47b864]]
**Document description:**Exhibit Exhibit A - Ellucian Contract with USFBOT
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=6/25/2018] [FileNumber=17308518-1] [2682e1d4a7dd67b88cdc756d4470069485fc8acb4ae116775a3a6202b9c1b680e5 3f5f55721d53d133ff1c69381702a2b5958512dbb2a08aa3c59abcf7551c62]]
**Document description:**Exhibit Exhibit B - Ellucian-Diamond Consulting Agreement with USFBOT
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=6/25/2018] [FileNumber=17308518-2] [6622026b286d0d4a4edba25eda722eb85e5ad7aa59891b4c1d54677579c4a51c49 2d0145bbe666795e1e9d273d2ed39e57ac2422ffe7f1f54c7eba8910b23666]]